AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum 20 years' imprisonment,
Maximum $250,000 fine,
Maximum three years supervised release;
$100 mandatory special assessment;
Restitution

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
OCT 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Shariq Shahab HASHME

DISTRICT COURT NUMBER

**CR 19 0552** WHA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 19-MJ-71251

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIC CHENG

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**
OCT 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHARIQ SHAHAB HASHME, <br><br> Defendant. | CASE NO. **CR 19 0552 WHA** <br><br> VIOLATIONS: <br> 18 U.S.C. § 1343 – Wire Fraud; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br><br> SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

Introductory Allegations

At all times relevant to this Information:

1. Company A was a San Francisco, California-based data analysis company in the Northern District of California.

The Scheme and Artifice to Defraud

2. Beginning on or about February 26, 2019 and continuing through on or about August 8, 2019, in the Northern District of California and elsewhere, the defendant, SHARIQ SHAHAB HASHME, knowingly devised and executed a material scheme to defraud Company A by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts, for the purpose of obtaining money and property belonging to Company

INFORMATION

1   A, as described below.

2       3.   As part of the scheme to defraud, HASHME repeatedly connected to and caused wire transmissions to Company A's internal database to surreptitiously alter its data and contents without authorization, including to issue payments to PayPal accounts controlled by HASHME. After receiving the payments, HASHME transferred the funds to his personal bank accounts.

        4.   It was further part of the scheme to defraud that HASHME did conceal and hide, and cause to be concealed and hidden, the acts done and the purpose of the acts done in furtherance of the scheme, in part by altering database payment logs to delete records evidencing the fraudulent payments sent to at least one PayPal account controlled by HASHME.

        5.   HASHME's transmissions were initiated in the Northern District of California and elsewhere, and then sent, via wire, to Company A's internal database located outside the state of California.

        6.   The money obtained by HASHME's scheme totaled approximately $56,111.03.

COUNT ONE:       (18 U.S.C. § 1343 – Wire Fraud)

        7.   Paragraphs 1 through 6 of this Information are re-alleged and incorporated as if fully set forth herein.

        8.   Beginning on or about February 26, 2019 and continuing through on or about August 8 2019, in the Northern District of California and elsewhere, the defendant, SHARIQ SHAHAB HASHME, knowingly and with the intent to defraud, participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts.

                            Execution of the Scheme

        9.   On or about March 6, 2019, in the Northern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

                            SHARIQ SHAHAB HASHME,

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, transmissions to

INFORMATION                                 2

1 | Company A's internal database to surreptitiously alter its data and contents without authorization,
2 | including to issue approximately $1,000 in payments to PayPal accounts controlled by HASHME and
3 | receive the payments on or about the same day.
4 |     All in violation of Title 18, United States Code, Section 1343.
5 | <u>FORFEITURE ALLEGATION:</u>    (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))
6 |     The allegations contained in this Information are re-alleged and incorporated by reference for the
7 | purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title
8 | 28, United States Code, Section 2461(c).
9 |     Upon conviction for the offense set forth in this Information, the defendant,
10 |     SHARIQ SHAHAB HASHME,
11 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and
12 | Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived
13 | from proceeds the defendant obtained directly and indirectly, as the result of those violations, including
14 | but not limited to a forfeiture money judgment.
15 |     If any of the property described above, as a result of any act or omission of the defendant:
16 |     a.    cannot be located upon exercise of due diligence;
17 |     b.    has been transferred or sold to, or deposited with, a third party;
18 |     c.    has been placed beyond the jurisdiction of the court;
19 |     d.    has been substantially diminished in value; or
20 |     e.    has been commingled with other property which cannot be divided without
21 |     difficulty,
22 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
23 | United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
24 | //
25 | //
26 | //
27 | //
28 | //

INFORMATION    3

1  All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,
2  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

3

4  DATED: 10/21/2019                              DAVID L. ANDERSON
                                                  United States Attorney
5

6                                                 /s/ Eric Cheng
                                                  _____
7                                                 ERIC CHENG
                                                  Assistant United States Attorney

INFORMATION                                       4