# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR 19-0552 WHA |
| SHARIQ SHAHAB HASHME | ) | |
| | ) | |
| Defendant | ) | |

*FILED OCT 23 2019 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/23/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brian E. Klein
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Bernard Zimmerman, U.S. Magistrate Judge
*Judge's printed name and title*