# EXHIBIT A

| Exhibit A Index |
| --- |
| Alvi, Faiza |
| Alvi, Farhana |
| Alvi, Raida |
| Alvi, Talia |
| F. (minor sibling) |
| Hashme, Ibrahim |
| Majeed, Ayaz Ahmad |

November 12, 2019

Faiza M. Alvi

Herndon, VA

Honorable William H. Alsup
United States District Court
For the Northern District of California

**Re: UNITED STATES V/S SHARIQ HASHME CR-19-552-WHA**

Dear Your Honor,

My name is Faiza Alvi and I am Shariq Hashme's maternal aunt. I live in Herndon, VA. My background is in academics, and I hold a Masters in Theology and Philosophy. I currently teach Theology, Writing and Debate in the DC metro area to middle and high school students and am married with children. Of course I know Shari, as we call him, since he was born. However, I got to know him much better as a young adult when he moved to the US to study.

From the day he fell backwards in the pudding bowl on my wedding reception, till today, he has always been interesting to be around. I have fond memories of Shari that go beyond his visits to Malaysia, where I went to University; Kashmir, where we vacationed; and here in the US, during his years in UMD and more. I know Shariq as soft spoken, well-mannered, patient, principled, and a driven individual, who seeks through his quiet brilliance to make a change and help humanity in its path upward.

Before Shari came to the US as a student, he spent the summer of 2009 with us in VA. He was extremely well behaved for a teenager; not only with the adults, but with my younger children as well, who developed a fascination with this older cousin that knew everything about everything. He was very patient with my children, even spending time to have long conversations with my young ones in a made up language. A regular teenager may do that for a few minutes before moving on to something "more productive". But then Shari was never a regular teen. I have seen countless young teenagers, that come from Saudi Arabia, fall into all the vices a more permissive society lays in front of you. Shariq kept himself focussed and didn't do drugs, alcohol or what comes with it; focusing instead on channeling his energies and time into serving the University he studied at. He founded a club called the Terrapin Hackers, where he

mentored and led other students. I remember him taking pride in the fact that he was able to unveil the potential in so many students who were not aware of what they possessed.

He has always believed that the sky's the limit and no dream is too high to strive for. Many times his goals were way above the heads of the average person but I always loved to listen to what he was doing and where he wanted to go. One of our last discussions was about how to make everyone in the world happy; how much space that would require; whether or not the solar system would suffice and how we could go beyond that. He felt that someone had to start thinking about that even if he personally would not live long enough to find a solution.

There was one thing in particular in Shari that I respected a great deal: his vision of the greater good, his looking beyond his personal or selfish gains, his lack of desire for money or status for the sake of personal pleasure, thus making him selfless, generous, compromising, and firm on his principles. He slept on his friend's laundry room floor for a whole semester, while working on a project without getting paid, merely because his personal comfort was not important to him, even though his father was providing for him. He is a person of simple tastes, picking one outfit so as to simplify his life, even at weddings, to the consternation of some family members.

His desire to work towards the betterment of human lives was such that it led him to resign from a perfectly good, well-paying job. The CEO did not accept a proposal which although would have been better for the users, was not very lucrative. He felt that the CEO was motivated by personal gain instead of contributing to human progress. This was reason enough for him to quit, although it was a definite personal gain for him.

When facing the idea of leaving the US, his main concern was that he will not be able to contribute to the world from outside of the US in the same manner he would here. Even though the truth is that a person with his brilliance and skills would be much more valued and could have a more luxurious life outside of the US, it does not attract him. He is only concerned that he will not be able to do what he wanted to do for humanity.

Indeed, it is hard to comprehend that such a principled, ethical, upright and selfless person would slip and be facing prison time. The only comfort I personally feel is his acceptance of his mistake, the remorse that he feels and the resolve to never let anything like this happen again. In fact, being the genuine, principled and honest person that he is, he told me that he is rethinking his beliefs and values so that he can have a belief system such that it will be impossible for this kind of behavior to recur. The

justifications his mind may have used at that time, he says, were false and he needs to ensure that his beliefs do not allow that. And I know he can do it.

I sincerely believe that Shariq is a person who has a lot to give to the world. Not only is he capable and willing, he has an ardent desire that rules his heart and soul; with his personal comfort and gains as secondary. Given a second chance, it is my belief that he will not waste it. He is not swerved by his desires or led by his whims, neither is he afraid to stand for the truth. I believe a second chance will increase his faith in the system, and strengthen his resolve to get back on track.

It would be a shame that his talents and sincere desire to better the condition of the human race be lost to the world, even if it be temporary. However, he has to face the consequences of his actions and he is ready and willing to do so. Knowing him, I truly believe that the most lenient sentence should be used. I request your honor to look kindly upon this individual. The power that is entrusted in you, can be defaulted with mercy or justice. I request you to make mercy the default. Please judge him with mercy so that he may learn his lesson, yet remain the same person that he has always been - with the same desires, the same empathy and the same dedication and motivation to serve.

When he fell in the pudding on my wedding day, he had his mother pull him out, clean him up and he was back on track. I hope his own understanding and the support of his friends and family, combined with your faith in him to do the right things and correct the wrongs, would bring him out of this mess and set him on the right track again.

Thanking you in anticipation.

Sincerely,

/s/Faiza Alvi

11/14/2019



Honorable William H. Alsup,
United States District Court
For the Northern District of California

### United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

I would like to begin by introducing myself. I am the mother of Shariq Hashme. I am a medical doctor by profession and a mother of four (Shariq being my first born). I gave up my career when Shariq was a toddler and chose to stay home so that I may do justice to the demanding job of raising the next generation. I therefore believe that I know Shariq longer and deeper than anyone else could know him.

Every moment of Shariq's childhood was pure joy. This was especially true with him since he was full of love, truthfulness, and sincerity from his very early years. I have seen him grow and leave the nest. I watched him blossom into the fine, upright, intelligent, hardworking, smart and yet respectful and humble gentleman that always made me proud. This is the Shariq that his family and acquaintances know.

From the very beginning, Shariq was an embodiment of compassion and selflessness. At the tender age of 4, when most children want everything to be 'mine', he was thinking at a higher level than personal pleasures. We were invited to a traditional wedding feast, where rice and meat is served on large plates shared by four people. Consequently, lots of food remains on the plates, which is then handed to those in need. When we got home, his grandmother, whose plate he sat at, complained that he had only eaten the boiled rice. Puzzled, I asked why. His reply was, "Mama, I know that the poor people will take the yummy meat off the rice in these plates but no one will take the rice. It will go waste. I was just trying to save the rice from being wasted." This story is what many relatives know Shariq as, and has been shared over the years at various family gatherings.

In grade 5, he was given a group project to actualize a concept through building a wooden structure that represented it. Being a challenging project, he ended up working on it alone since the other children were not very enthusiastic in putting in the work. However, what amazed me the most was not just that he put everyone's name at the bottom, but that he put his name last. He said it was irrelevant where his name would come. Selflessness at work.

Throughout his schooling, he has helped his classmates academically - always pro bono. Many times this would mean taking away from his own wants and needs. Whether it was helping his high school friend for hours on end preparing him for the SATs or giving up his vacation time to help the less fortunate, Shariq always gave from himself for something bigger than him. Coming back home, to Kashmir, for the summer is a treat for anyone. Summers would be filled with fun trips and outings in the Himalayan peaks, yet Shariq spent two entire summers traveling with his brother for over an hour, six days a week, giving computer lessons to underprivileged children who could not afford to these classes. The only return he got was the gleaming faces of the children he taught. He just found joy in giving.

Shariq was known in highschool for his brilliant mind. He scored the highest SAT score ever from his school. Until today, his teachers remember him as the Student Council President that worked hard to make lasting changes in the school, the school still values his contributions. He is and has always been passionate about his work. His heart and mind immersed, he strives to give his best.

Never in my wildest dreams would I imagine myself writing a letter to be considered in the court of law as a character reference for Shariq. My hands tremble as I do so and I can say with confidence that these past few months have definitely been the most painful and emotionally draining part of my motherhood, in addition to being the most challenging time for the family. I haven't seen Shariq since this happened as I don't live in the US but he doesn't sound the same on the phone anymore, not even once. The genuine regret and remorse that he feels is more than evident in every conversation. I know my Shariq. He is and has always been so sincere, so loving, so helpful, so open and so transparent. I am aware of this incident and the details of this case and I strongly believe that it is an isolated incident in his life. He slipped and I am sure he learnt his lesson. Shariq has always been a respectful, straightforward, honest, loving and selfless person and he remains to be the same in my eyes. I cannot comprehend a Shariq that could lose all that in one incident. As I hear him on the phone, I know that whatever has happened, if anything, has made him reflect deeply upon and solidify his values and morals.

All that is left for me, Your Honor, is to make a humble request. Please look into his eyes. I know that this may be a strange request but please do it for a mother's sake. I assure you, you will find a gentle, soft, sincere and humble soul who made a mistake. I can only ask and pray that you be as lenient as possible with this piece of my heart and soul, my Shariq, that stands before you in court today. At such times it is very hard to be a mother, very hard indeed.

Sincerely,

/s/ Farhana Taj Alvi
Farhana Taj Alvi

December 20th, 2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

Re: United States v. Shariq Hashme
    CR 19-552-WHA

Dear Judge Alsup,

I am writing with a very heavy heart, about the case of my nephew Shariq Hashme's Federal Crime. Being his aunt, I have known Shariq ever since he was born and as I live in Maryland, I got to know him more closely during his four years in college at the University of Maryland (UMD). Shariq came to the United States to pursue his education and seeking a better life as many of us did. He was a bright student before he came, with a close to perfect score in his SATs and during his formative years in UMD continued to show seriousness in his studies as well as take a passion to hackathons, for which he traveled all over the country. Through his travels and his internship with Oculus, he got to be known as hardworking and honest, which got him his first job offer even before he had graduated.

To be honest, my first reaction when I heard about this was "No way!! Not Shariq, this can't be true. Who framed him? Why?" It was hard to believe, until I talked to Shariq and he told me about it and it took a long time to actually accept that facts. "I made a very stupid mistake" is how he described it to me. "A mistake" in judgment is what it was, and talking to him I sensed deep remorse and consciousness of the gravity and seriousness of what he did. He regrets immensely his behavior and feels shame that he broke the trust of those who love and trust him. He apologized to me for breaking that trust. It has been a very difficult time for the family, but we hope and pray that Shariq will come out of this an even better person than before.

I have always known Shariq to be a very sincere, helpful and trustworthy individual from his childhood to now. I remember one day while giving him a ride back to college, he was telling me how he intended to serve humanity, rather than just spend his life worrying about his own material wellbeing. He showed that practically, when he set off to California, donating all his possessions and just carrying a bag pack on his back. He chose a life of simplicity. I am aware of the severity of the crime he committed, but I sincerely hope and plead that, keeping in mind his regret and remorse over his irresponsible behavior, you will give him a second chance to fulfill his dreams of serving humanity and benefiting those around him, by making the most lenient possible judgment in his case. I can't tell why, when or how things went wrong, but I really hope that this very unfortunate incident will be the milestone that will pave the way for him to make a positive change in the world, as he dreams to do.

Thank you for your support in this matter

/s/Raida Alvi

Talia I. Alvi



December 9, 2019

The Honorable William H. Alsup
United States District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      RE: **United States v. Shariq Hashme, CR-00552-WHA**

Dear Judge Alsup,

I am writing to you regarding my nephew, Shariq Hashme. I realize that you and the lawyers on this case know Shariq only in the context of the case, and so I appreciate the opportunity to give you a glimpse of who Shariq really is beyond that one dimension.

I am Shariq's aunt; his mother is my younger sister, who lives overseas. I am a doctor by training and now a homemaker living in Virginia, with four grown children and a young grandson. Despite the distance, our families would meet often, and I have known Shariq since his birth and childhood and have watched him grow over the years. As a boy, I always found him to be curious about the world and the people around him. Shariq is the eldest of four – the youngest two still school age – and I have seen how amazingly protective and nurturing he is of his younger siblings.

I have seen much more of Shariq in the past eight years, after he came to the United States to attend college at the University of Maryland in College Park, MD. By this time, he had grown into a warm, affectionate and caring young man. The Washington, DC area is also home to two of my other sisters (Shariq's aunts) and their families, and my parents (Shariq's grandparents). Shariq is a frequent presence at our many family gatherings, always with a quiet smile, an ever-present twinkle in his eye, and a quick-witted sense of humor. I am always impressed with how gently and playfully he cares for and entertains his younger cousins. He would teach them new games, help them craft experiments, and teach them new concepts. Once at a gathering at my sister's house, he made a Möbius strip out of paper and demonstrated to his cousins how it unfurled into a longer single strip when cut down the middle. The children were fascinated, and spent the day making strips of their own (littering my sister's house with scraps of paper from their newfound mathematical discoveries!). During a family trip to Maryland's Chesapeake Bay, his younger siblings and cousins played a practical joke on Shariq, filling a crab trap he had set up with plastic toy crabs. Although he was only briefly fooled into thinking he had caught something, he laughed through everyone's teasing with good humor and grace.

Shariq has always been respectful and helpful to his elders. He would often visit my parents, spending long days, unhurriedly listening to their stories, helping them around the house, and

introducing them to technology that made their lives easier. During a family vacation at a rental house, he took charge of cooking some of the meals for a gathering of over 30 people), which none of the other adult nephews or nieces did. At the time of my children's weddings, Shariq made time to help with the many preparations, from hauling boxes to tech support to performing in a goofy skit for the bride and groom. While large families can sometimes be overwhelming, Shariq never makes anyone – young or old – feel like they are wasting his time or like he would rather be somewhere else.

Shariq has a brilliant mind, and I feel that he has so much to contribute. I have watched him flourish as a college student and then as a young professional. He has been featured in the *New York Times* and interviewed on NPR about his involvement in "Hackathon", in which student groups compete over new problem-solving tech they build, and his leadership put his alma mater on the hackathon map. He then went on to do cutting edge work with artificial intelligence in Silicon Valley. The Shariq I know always talks about ideals, bettering the future and working on solving problems facing humanity. In conversations, he is a dreamer, always eager to share his ideas, and I have listened in wonder at the breadth and scope of his vision.

I am deeply grieved to hear of what Shariq has done. Such an act is completely unprecedented for Shariq, who has never been in any kind of trouble before, nor has anyone in our family. It was especially shocking because on top of never showing any sign of greed, Shariq has never been materialistic. He lives very simply in his personal life, to the point of asceticism. He could fit all of his personal belongings into a single backpack, and would style himself only in jeans, a white t-shirt, and a jacket – which is actually his mom's old jacket, which she took off and gave to him many years ago when he went home for a surprise visit, turning up in the snow in just his t-shirt.

I am heart-broken that when Shariq was having cash flow problems, he did not turn to his family for help. I can understand that as a young (potential) immigrant in this country, he may have been reluctant to ask his parents, perhaps out of a need to prove himself successful in his father's eyes. Given the large, close-knit extended family, I am also very regretful that he felt he could not turn to me or his other aunts. It is possible that, because none of us are earning, he felt it would have been an imposition on his uncles by marriage.

Shariq is completely devastated by what he has done. In talking with him, the deep remorse in his voice is clear, his disappointment in himself palpable, and there is even almost a sense of shock that he could have done something like this at all. He has sincere regret and feels apologetic towards Scale and for letting down his parents, friends, and family. It is clear to me that he wants to take full responsibility for his actions and make reparations to his ex-employer, both for the tangible financial harm and the intangible betrayal of their trust. It seems to me that he panicked in the moment, and made a very grave and serious error in judgment, but he never intended to cause anyone personal harm and had every intention of replacing what he wrongfully too as soon as his circumstances permitted.

Having come to terms with and accepted responsibility for his crime, Shariq is now determined to reevaluate his moral compass, We talked about his finding a moral code that will not sway with the personal ups and downs of his life. He also understands how he could grow from this

experience, learn lessons in discipline and self-control, in responsibility and humility, and become a better man.

Because of the immigration consequences of his actions, Shariq is already mourning the devastating loss of his career and the separation from members of his family. He is reeling from the fact that he will be barred from reentering the country, meaning that he cannot work in Silicon Valley, which is the hub of his profession. To someone of Shariq's talents and potential, this is a terrible sentence in and of itself, albeit one he has brought upon his own head. Even more devastatingly, Shariq is devastated that he may never see his grandparents who reside in the United States again: Shariq is restricted to the Northern California area and my parents, who are 80 and 86 years old, are unlikely to travel long distances. Also, Shariq's paternal grandfather, who lives overseas, is rapidly deteriorating healthwise and is not expected to make it beyond a few more months, and Shariq is grieving that he most likely will not be able to see that grandfather either before he passes.

I appreciate the magnitude of what Shariq has done. That said, I would plead with you to not look at Shariq only from the perspective of his crime, but as a whole individual, who is deeply remorseful and determined to do better going forward. As someone who has never been in even minor trouble with the law before, Shariq has certainly learned the seriousness of his actions. As I have mentioned, Shariq is a young man with an incredible amount of promise and potential to offer to society, which I believe he would now do with the added lessons he has learned in conscientiousness and responsibility. In talking to Shariq, through his deep regret, I still see the optimistic, caring and gentle young man I have always known. I am confident that given the chance to do so, Shariq will not only follow through on his intentions to make amends, but will pay forward the goodwill afforded to him by working to serve others. While I cannot imagine any possible scenario in which he would do anything like this again, I would hate to see him lose the opportunity to act on these good intentions.

I understand that the law is the law, but I would implore you to consider all of this in your sentencing. I hope this letter has conveyed that to those of us who have known Shariq his entire life, this crime is completely out of character for him. Once again, I beg of you to please be as lenient as possible. I truly appreciate your time and your understanding.

Sincerely,

Talia

/s/ Talia Alvi

11/14/2019



Honorable William H. Alsup
United States District Court
For the Northern District of California

**United States v. Shariq Hashme**
CR 19-552-WHA

Dear Judge Alsup,

I, ▮▮▮▮▮ am Shariq's younger sister. I am fifteen years old and currently study in the tenth grade. Shariq as my older brother is someone I always look up to. I've known him since I was born and he's been a big part of my life. He is very hardworking and honest and someone you can always trust. Shariq is extremely kind and open-minded and helps anybody who he thinks is in need of his help. He's always been extremely trustworthy with everything that came in his way.

Shariq, being the oldest meant he went to university when I was very young. I remember being excited when I'd hear that he'd be coming for a visit. He would buy us extremely thoughtful gifts and toys which would be helpful for our future but also extremely fun to play with. My whole family recently went to England to attend my cousin's wedding. Shariq was very busy then but still managed to take out time to spend with us and made sure that everything was comfortable for all of us. He's always been extremely motivating and encouraging.

I've always wanted to have a YouTube channel but my mum never allowed me to start my own. However, Shariq always encouraged me to start one and even taught me how to edit my videos. He helps me with my homework even when he's busy and always manages to take out time for me. The way Shariq persuades me to do something I've always wanted to do is unbelievable. Be it building a treehouse or painting the walls of my room, he is always there to motivate me.

Since, all these qualities go against what Shariq has done, I truly believe that he has sincere regret and remorse for his misconduct. I would be extremely thankful if you would impose the most lenient sentence the Court considers to be appropriate for Shariq's misconduct. I would be very grateful for your mercy and leniency.

Sincerely,
/s/ ▮▮▮


Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>**United States v. Shariq Hashme**</u>
CR 19-552-WHA

Dear Judge Alsup,

I am Ibrahim Hashme, Shariq's younger brother. We were born a little over a year apart, and grew up together in Saudi Arabia and Kashmir. He moved to the US for college a couple of years before I did, then I followed his lead and joined him at his university, sharing an apartment. After my graduation, I joined him in dreaming big by joining a small but very high potential startup in the Bay Area. A lot of my life is because of him paving the way. We share an apartment as I write this letter, and I am currently his bail custodian. There is no one else in the world that I have spent as much cumulative time with: Shariq is very dear to me.

I am generally not susceptible to overwhelming emotion. When I initially found out about Shariq's arrest, I immediately took a week off work and rented a room in Dublin CA, next to where he was held. I spent that week in execution mode, figuring out what he was being charged with, putting together his representation, and working out how to pay them. When he pled guilty months later, my heart dropped. I was extremely down for a while. It went against everything I had always known him to be. I thought that there must be a grand explanation for everything until I heard the words come out of his mouth. I took another week off work, but this time I was not executing on anything, just feeling.

Shariq strives for honesty above all else, and this is one of our biggest ideological differences. Our family is extremely religious and traditional, and holds plenty of views that both my brother and I disagree with. He made all his views known to our parents, fully aware of the consequences that would ensue. As a result of this honesty, he has lost a lot of connections and been through incredible hardships. It is much easier to maintain a facade.

Growing up with a traditional father who had serious anger issues meant frequent bouts of violence against Shariq and myself, and sometimes our mom. Shariq always got the worst of it, and when he didn't, he would make sure to do something to divert the worst of it towards him. He stood up to my dad despite being half his height, and knowing it would not end well for him, just so that I wouldn't have to go through it, many, many times. He put himself in harm's way for me, and I will never forget it.

In college he introduced me to hackathons, weekend-long events where the goal is to build something to better the world. He was so taken by them, he started a student organization to promote, organize, and enable access to them. The organization grew to thousands of members and won our school trophies and acclaim, but he was in it for none of that. It introduced thousands of people to brand new

opportunities, but at the cost of his grades slipping. My dad would get furious over the grades, but Shariq endured that to keep helping people. I've seen him stay up all night over ten times at hackathons just to mentor newer people through their problems. While on bail without a curfew, very recently, he wanted to go to UC Berkeley for their annual hackathon just to mentor. I accompanied him. He didn't sleep for an entire weekend, and stayed at the event helping team after team as I went home twice to sleep. One would think someone facing potential jail time would have rather different priorities while still free. Shariq truly cares about helping others.

When I first moved to San Francisco, I was job-hunting. After losing my first job here, and then turned down from several different opportunities, I broke down, sobbing, alone in the corner of an empty Victorian, feeling empty and inadequate. Shariq was the first person I called. He helped me consider my options, and consoled me. A few weeks later he flew in to San Francisco, and spent the night awake with me directing me through a large personal project, just to convince me that I am not just adequate, but good at what I do. I started working again 2 weeks later, something I could not have done without him. Whenever I feel like I did a really good job at building something I remember that night.

Shariq is always looking to better himself, and he is pretty good at doing so when he identifies a fault. He was painfully awkward in highschool, and I watched him literally learn to socialize from scratch and even be charming in college. Our relationship was extremely strained at times because of how bluntly he would share his feedback with me, despite having my best interests in mind. After I confronted him about it, there was a massive improvement in how he went about conveying his opinions on my life. If living with him these past few months has made anything abundantly clear, it is that he has realized that there was a hole in his moral structure that needed adjusting, and he has adjusted it. He has even started verifying the legality of what websites I stream TV shows from.

I could go on and on with 24 years' worth of anecdotes that vouch for his upstanding character, and desire to help the world, but I feel I have illustrated my point. Shariq is an asset to this planet, and the potential immigration consequences alone are going to be a net negative on the world. He is more American than most Americans I know, and San Francisco is his Florence. This, combined with his extremely clear amount of sincere remorse and readjustments he's made that I witness day to day as we share an apartment has left my respect for him, and how much I look up to him, unchanged. I sincerely believe Shariq has learned his lesson, and hope that he receives the most lenient sentencing permitted by the law, and I plead that you impose nothing more. I hope you are able to see my big brother as I do.

Sincerely,
Ibrahim Hashme
/s/ Ibrahim Hashme

San Francisco, CA

Honorable William H. Alsup

United States District Court

For the Northern District of California

## United States v. Shariq Hashme
## CR 19-552-WHA

Dear Judge Alsup,

Your Honor, I am the father of Shariq Shahab Hashme, our first child and one of our four children.
Being the first child made him special for us as parents and we have made special efforts to raise him up as a kind and honest person, which without a doubt he is.

He is very giving. Every time he visited home as an adult, he would spend a lot of time teaching his younger siblings new things. As president of his high school's student council, he spent tens of hours a week outside school setting up programs to help fellow students. The school continues to have an AP curriculum because of him, and he helped lots of students get over their fear of public speaking by setting up a toastmaster's chapter (the first in the country for minors).

Shariq loves teaching, and equalizing opportunity. When he was still a student in school, he along with his brother Ibrahim coached under privileged students for a summer in Kashmir instead of standard, fun, summer vacation activities. This was the first time the children were exposed to computers, ever. After his first year of college, Shariq wanted to bring what he learned in the US to his high school, and voluntarily spent a month at to teach and set up robotic classes. This was beneficial to many students and school appreciated it a lot.

Shariq is driven, and trustworthy. At University Shariq founded a Student Organization that grew to thousands of members to provide access and opportunity to computer science related events across the USA. This helped many students enhance their interest and skill level in computer science.

Shariq, quite often confronts and challenges me with his point of view, and it reflects his openness, high morals and fairness. Although, I don't show it but often I do have to agree with his assertions.

I have provided Shariq financial support and covered his tuition and living expenses during his time at university, and I always believed in him. His success matters a lot to me as a father.

His act is an aberration of what he really is as a person.

We belong to a close and extended family who value their principles and such an action from any family member is unheard of. It will put the whole family to shame. He has repented a great deal and this act of his has already brought a lot of hardship, especially to him. His career has received a huge dent, and I don't know if he will ever recover from it.

This could perhaps be his only bad act known to me and given that how exemplary, friendly, helpful he has been all along in his life. I hold Shariq very dear to my heart because of all his qualities as a human being and I humbly request Your Excellency for leniency.

With kind regards

Ayaz Ahmad Majeed
(Father of Shariq Shahab Hashme)