EXHIBIT B

| Exhibit B Index |
| --- |
| Scale AI, Inc. (submitted by Alex Wang, Scale CEO) |
| Bubna, Akshat |
| Cheng, Chiao-Lun |
| Herman, Nate |
| Hilnbrand, Jeff |
| Kinsella, David |
| Kuo, Yu-Lin |
| Li, Angela Rilka |
| Li, Zhichun |
| Liu, Andrew |
| Montoya, Victor |
| Roy, Gerard |
| Roy, Shivaal |
| Woo, Michael |

DocuSign Envelope ID: F3AB41FC-AC59-4EB3-AFE2-2E7243BB8C8D



December 20, 2019

Scale AI, Inc.



San Francisco, CA 94107

Honrable William H. Alsup
United States District Court
For the Northern District of California

Re: United States v. Shariq Hashme, CR 19-552-WHA

Dear Judge Alsup,

I founded Scale AI in 2016 and Shariq Hashme joined my team as the 14th employee in November 2017. Shariq is a brilliant engineer who worked hard and was a valuable member of the team.  He made significant contributions to our technical infrastructure and business operations.  Scale recently named Shariq as an inventor on a key patent that we filed confidentiality with the US Patent & Trademark Office. He was a valued member of the Scale team and a friend to many.

Setting aside what brings Shariq before the Court to be sentenced, I have always known Shariq to have been a kind person of good character.  He is also a personal friend.  Shariq has apologized to me and many other teammates at Scale in the last few weeks.  I believe Shariq is genuinely remorseful for his crime, and I have no reason to believe he will ever do something like this again.  Scale takes what happened here seriously, but we do not wish to see the Court impose prison time on Shariq.  Shariq has suffered serious consequences for his actions, including losing his job, his stock options, and our company's sponsorship for his green card application.  Had Scale discovered Shariq had been stealing, we would have simply terminated his employment and asked him to repay the money.

In addition, as part of Shariq's termination, the company offered him a $10,000 severance.  We offered this severance, knowing of the seriousness of the charges, because he was a valued member of the team and we wanted to support him while he was unemployed.  He declined to accept the severance.  He has also repaid the full amount that he took from Scale.  We believe that each of these are examples of Shariq's remorse and reconciliation.

For the reasons stated in this letter, we ask that the Court show leniency and sentence Shariq to a non-custodial sentence.

Sincerely,

Alexander Wang
Founder and CEO
Scale AI, Inc.

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Honorable William H. Alsup,
United States District Court
for the Northern District of California

December 18, 2019

Dear Your Honor,

I'm Akshat Bubna, a Software Engineer at Scale AI. I'm writing to you to request the lowest sentence permitted under the law for Shariq Hashme, my former co-worker, whose case you will soon be hearing.

Scale AI is a startup in the machine learning space, that is providing valuable infrastructure for the next generation of AI technologies. In the past 3 years of existence, we've found breakout success, and the company is now worth more than a billion dollars. It is no secret to anyone who works here (even those who've never met Shariq), that he has been one of the people uniquely instrumental to this success. He's built out key technologies and teams, come up with innovative solutions to our toughest problems, and brokered key deals for the company (at one point saving us on the order of $2 mil on a domain name sale). His dedication to the company was so strong that he used to literally sleep in the office — we had a nap room that we essentially treated as his bedroom.

To illustrate the value of his work, our technology now powers self-driving cars, manufacturing robots, retail automation and drones — and much of it would not have been possible without Shariq. To cite one specific example, Shariq worked with one of the most important Aritifical Intelligence research organizations in the country (OpenAI) on leveraging our technology to power their research - a collaboration that resulted in the groundbreaking paper "Fine-tuning GPT-2" (that cites Shariq as one of the first people in the acknowledgements).

If this was not enough, Shariq is not satisfied with just the technological, research or financial impacts of his work. He cares deeply about the humanitarian impact as well. Our work involves thousands of remote contractors around the world, who work on our platform. Shariq has always cared about their wellbeing and happiness. He contacted some of them to interview them about their experience, which he published in a blog post: https://scale.com/blog/positive-externalities. Hopefully all of this demonstrates that through his work, Shariq has created a ton of value, not just for the company, but for the United States and the world as a whole.

In addition to his own contributions, he has also had a lot of positive impact by inspiring others around him to dream bigger, work on ambitious projects, and apply themselves to the hardest problems facing our world. I can personally attest to this, as for a while we were the only two engineers on a team, and working with Shariq transformed the way I saw my own work; it made me think a lot more about who my work was affecting, and what the goal I was striving towards was. Its not just me — two of my co-workers have this anecdote of meeting Shariq about six years ago, on the bus to a high school programming competition, and feeling inspired to do more with their lives, and eventually become software engineers.

Even during his current predicament, he is concerned more with thinking about the future of the world, and how we can shape it to be a better one. When I met him a few weeks ago, he was still keen on discussing how AI and machine simulations can change the manufacturing

industry and make the world more efficient. He's been spending his current free time building robotic arms at home, so he can eventually publish his work as open-source code to guide those who follow after him.

It's clear after meeting with him that he deeply regrets his actions, and is willing to atone for his wrong doings. I just hope that the positive impact Shariq has had on the world around him — on people, organizations, and the general state of technology and research — can contextualize who he is as a person, and help in guiding this case towards a fair sentence.

Thank you for your consideration,
Sincerely,
/s/ Akshat Bubna

Chiao-Lun Cheng, Ph.D.

San Francisco, CA

December 15th, 2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

Re: United States v. Shariq Hashme (CR 19-552-WHA)

Dear Judge Alsup,

Shariq was a colleague at Scale AI, which I joined in April 2018. As a startup, initiative at
Scale AI is a precious and essential resource, and Shariq was a huge source of initiative and
value for the company. His creativity, enthusiasm and productivity was evident everyday to
everyone at the company. I don't think Scale would be what it is today if not for Shariq - the
company owes a large part of its existence to him, both due to his direct work and the
energy he inspired and helped to sustain in others. It is a great loss to us that he is unable to
come back to work.

I hope the above can be taken into account for his sentencing. Thank you.

Respectfully,

Chiao-Lun Cheng

Dear Judge Alsup,

My name is Nathaniel Herman, I am a 26 year old engineering manager living in San Francisco, and I am writing to you today about my friend and colleague Shariq. I've known Shariq for 3 years and was his manager during his time at Scale. I greatly admire Shariq's kindness, sharp intuition, selflessness, and long-term thinking.

I can think of tons of examples of Shariq helping other people while at Scale — he put a lot of time into the onboarding experience for many of our new hires and really made them feel welcomed at Scale and set them up for success at the company. As another example, a fellow team member was feeling sad one day (although they didn't say anything explicitly). Shariq picked up on this and by the time I got out of my next meeting he had assembled a large group of co-workers to do a unique team bonding activity that he knew this co-worker would really enjoy (and they were visibly much happier after this exercise). Shariq has also shown again and again his general kindness and caring towards other humans outside of working relationships.

Shariq was a great owner of business outcomes at Scale, and he frequently drove very high value initiatives for the company. For example, when we encountered a critical challenge to scaling as a company, Shariq dropped everything, flew internationally, and worked non-stop for 2 weeks to negotiate several key partnership deals. This allowed us to scale and deliver for our largest customers and set up a lot of our future company growth. There are lots of examples like this of Shariq's dedication to Scale — it was a common occurrence to see Shariq working consecutive sleepless nights to get critically important work done.

I know that Shariq has pleaded guilty to a serious federal crime, but I believe he's sincerely regretful of his choices. It's clear from talking to him that he is very remorseful. I trust and respect Shariq and believe he'll live the rest of his life honorably. I humbly ask that you impose the lowest sentence permitted by law.

Respectfully yours,

Nathaniel

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v Shariq Hashme</u>
CR 19-552-WH

December 20, 2019

Dear Judge Alsup,

My name is Jeffrey Hilnbrand. I am the Design Manager at Scale AI Inc in San Francisco. I am writing in support of my long-time friend Shariq Hashme, asking that you impose the most lenient sentence the Court considers to be appropriate in his case.

Shariq and I first met over 7.5 years ago in March 2013 at a startup incubator called Startup Shell at our college, University of Maryland.

Soon thereafter, Shariq and I found ourselves at a technology competition for students. While I began designing an inconsequential social app, Shariq, a more experienced programmer, was already making ground on his ambitious social impact project: a HIPAA Document Viewer that, in his words, "[helps] medical staff distribute and manage access to sensitive medical documents." He even found time to mentor me and neighboring teams.

Shariq has always viewed technology as a way to help others and build community. He went on to found a thriving organization to assist students through the learning and logistical planning needed to participate in such technology events. He was also an active member of Startup Shell, of which I was now Executive Director, and we supported each other in growing our partner clubs.

After years of close friendship, collaborating on projects, being roommates, attending social impact conventions, and patronizing each other's small businesses, Shariq introduced me to the CEO of his new company, Scale AI. Shariq had referred me internally, which proved to be the most helpful favor anyone has ever done for my career. Shariq helped me prepare for my interview, got dinner with me after my on-site, and was the first to congratulate me when I was offered the leadership role of Design Manager.

During our time together at Scale AI, Shariq and I built innovative machine learning products with the team. Shariq genuinely cares about the gig workers using Scale's service, initiating brainstorms on how to better treat our workforce and provide more economic opportunity. Shariq was the first to review a set of principles for ethical AI data labeling and authored a blog post called "Positive Externalities" (scale.com/blog/positive-externalities) that outlines the good we do for people in emerging markets around the world.

To this day, Shariq is remembered fondly at Scale by those who were fortunate enough to work with him. He is revered on the engineering team and spoken of highly to new hires as an exemplar of dedication, speed, talent, and thoughtfulness. Despite his poor decision making towards the end of his tenure with the company, Shariq is recognized more for his character and positive contributions, as his original code is still core to our product. He helped Scale grow from a couple dozen people to a meaningful job creator for over 150 current employees with a $1 billion valuation.

Shariq exercised poor judgment and knows what he did was wrong. He is deeply regretful, has been cooperative with the legal system, and is eager to make right.

Shariq still has my absolute trust, as I've seen him recover and learn from previous challenges in work and life. He will always be a kind, talented, and thoughtful person eager to build community and help others. I will personally be beyond saddened if he is no longer able to be with us in the case of imprisonment or otherwise being expelled from the United States. I and our community truly need Shariq to do the most good we can in the world.

Thanks so much,

Jeff Hilnbrand

Jeff Hilnbrand



December 19, 2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme CR 19-552-WH

Dear Judge Alsup,

I am writing to you in support of Shariq Hashme, who was a former colleague of mine at Scale AI. I also consider him a friend.

By way of background, I first met Shariq when I joined Scale AI back in January of 2018. At that time, the company was small—only around 15 people--and so people were close because they had to be. Shariq and I became particularly close. though, because our roles worked so closely together. He was an engineer/operator hybrid who could be tinkering with code one minute, and explaining how to do tasks to our remote Philippine workforce the next. I was the staid 'business operations' counterpart who provided metrics to show just how effective Shariq's tinkering and explaining was. For months on end we were largely inseparable.

You can imagine my surprise when I learned what Shariq had done, and later that he had pled guilty. And while I in no way wish to minimize the seriousness of what happened, I do want to share a couple of personal anecdotes about Shariq. I still consider him to be a very special individual who has touched many people's lives for the better--including my own. And I hope that in sharing these stories that you will consider imposing the lowest appropriate sentence.

The first anecdote pertains to Shariq's care for my own personal relationships.

When I first joined Scale, I had recently become engaged to my now wife. And despite this being a wonderful development, Scale was adding a tremendous strain -- grueling hours, unending work weekends, and a constant. palpable sense of dread that the whole thing might go under at any minute. To top it off, my wife's brother became deathly ill, which further weighed on things.

Yet throughout it all, Shariq consistently singled me out and tried to create space for me and my wife. He would tell me to go home early. He would regularly take on more than his fair share of the work. I remember one particularly tense moment where it became clear that we had to send a small strikeforce to the Philippines. It was unclear how long they'd had to be gone for, but they had to go *now*. The responsibility ostensibly fell on me, along with Shariq and one other individual. Without hesitation, Shariq volunteered to handle it solo and told me to stay at home with my wife. Less than 12 hours later he was on a plane.

I'm not sharing this to praise Shariq's work ethic, but his thoughtfulness. There is an unspoken pact in startups that everyone works extremely hard -- people don't ask people to work weekends, they just do it. People don't praise late hours, they just do it. It simply happens. And when most startup employees are young, single, twenty-somethings without other obligations, it becomes particularly easy to simply assume that this is the way of things. But time and again, Shariq stepped outside of himself and would explicitly look out for my--and my wife's--well-being. I will always be grateful for the compassion and empathy he showed me.

And this brings me to my second anecdote, which has to do with how I saw Shariq care for others.

One night Shariq came to me and noted that a fellow coworker was feeling especially down. He asked me if I would join him in arranging an impromptu social hour to draw this coworker out of her depressed state. A half hour later, nearly the entire company was sitting cross legged on the floor, sharing wine and laughing as we discussed answers to the *NY Times*'s "36 Questions That

Lead to Love". I particularly remember watching Shariq as he carefully eased this coworker into the social circle and artfully drew her into the laughter. It was touching.

Now, this admittedly doesn't sound particularly special. Companies have impromptu social hours all the time, and friendly colleagues look out for one another. But I want to emphasize a couple of things. First I want to underscore just how much this type of care stood out at Scale at the time. In its early days. Scale was not a touchy-feely organization. In the Myers-Briggs sense, we were hyper "T"—or 'thinking'—meaning people generally eschewed the emotional dimension to work in favor of logic and rationality. "So-and-so is feeling down" was simply not a common consideration. The second thing is that Shariq was, per usual, completely underwater when it came to his work. Of all people at the company, he was the one with the least amount of 'free' time to look out for a struggling coworker. And yet he did.

Again, I am not sharing these anecdotes because I feel that they somehow nullify the crime Shariq has pled guilty to. I share them only because they are—for me—reasons why Shariq is nonetheless a special individual. I believe him to be a caring and compassionate friend and colleague who looks to better the lives of those around him. And it's my hope that this compassion and innate 'goodness'—combined with the remorse I truly believe he feels—is reason to consider imposing the lowest appropriate sentence.

Sincerely.

David Kinsella
*Business Operations at Scale*

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v. Shariq Hashme</u>
<u>CR 19-552-WHA</u>

Dear Judge Alsup,

My name is Yu-Lin Kuo. I'm a 30-year-old operations manager living in San Francisco, and I worked with Shariq Hashme at Scale. Shariq and I have been friends since the day I joined Scale, we've worked on multiple projects together, and he has been one of my most prominent advocates in the company. Shariq has always been one of my favorite people in San Francisco since the day I met him, I have also learned so much from him in the past two years working together. I'd describe Shariq as a smart, ambitious, goal-oriented, kind, and empathetic hustler.

Shariq's originality gained him high popularity at Scale. I remembered last Halloween, the entire company dressed up like Shariq! We all love him, and we were shocked to learn what happened. I do not believe that Shariq is a wrong person, and I know this is a shared sentiment amongst our co-workers. I do think that Shariq has learned a costly lesson and has expressed great remorse for what he did.



*Picture of Shariq day ^ he didn't realize everyone was wearing the same thing until later in the day because he was too busy focusing on work.

Shariq is one of the most hard-working people I've ever known. I'd often see Shariq staying in the office, pulling all-nighters after people had finished their day at midnight just to solve problems. We have worked together past midnight multiple times, trying to make things work in other timezones. I remember one night we were all working really late trying to solve a problem on how to deliver quality work to a customer, Shariq came out of the meeting late at night with a flight ticket to go to the Philippines to look for partners. On his flight there, he emailed all the possible lead that he could. By the time he landed, he had a list of potential partners to visit to help us succeed.

When I first learned about what happened to Shariq, I was shocked. When asked to describe Shariq, the first things that come to mind are his positivity and his love and dedication to the company. It was tough to believe what he did. There are nights that I'd stay late working with him, confiding in him things that made me extremely unhappy at work, and he always had his way to make me feel better about it. While I was going through conversion to becoming a full-time employee at Scale, Shariq was one of my biggest advocates on pushing that forward. He insisted time and time again to people at the company how valuable I was and would be and that having me as a full-time employee could be beneficial to the company. Shariq really believed in me and my potential. My experience at Scale would not have been the same without Shariq being a part of it, neither would my professional career.

When I first joined Scale, I was not sure what I'd be good at. During my time working there, I slowly discovered my love for running operations projects and providing creative solutions to problems we're facing. Shariq was one of my biggest inspirations. Watching him think outside of the box while solving problems, learning how to view problems differently, and coming up with non-traditional solutions. Some of my favorite memories of working at Scale include my late night brainstorming sessions with him.

Even to this day, I still hit up Shariq and ask him questions about how he'd handle difficult situations I'm facing at work. I understand that he has committed a serious federal crime, but I do believe that if we give Shariq a second chance, he will live the rest of his life with the best behavior. I humbly ask you to please go easy on him with the lowest sentence permitted under the law.

Respectfully yours,

Yulin Kuo
12/19/2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

My name is Rilka Li, and I'm writing to tell you a little about the warm and wonderful influence that Shariq Hashme has had on my life.

I work as a software engineer and product designer at Scale AI, which is where I first came to be friends with Shariq more than two years ago. An early memory I have of Shariq begins with me feeling a bit down while at work—lonely, and stressed out. I didn't feel comfortable talking to anyone in the office about it, instead keeping quiet and out of the way. Shariq, to my surprise, noticed my unhappiness, and to my even greater surprise, orchestrated a series of small gestures to cheer me up and help me feel like an integral and beloved part of the team. The next day I found a note on my desk full of kind words about myself, with no signature but clearly written in Shariq's handwriting. Another day, we sat in a circle on the floor next to our desks and opened up about ourselves, and I went home feeling better about work than I had in weeks. I remember being quietly amazed by the attention and emotional labor he afforded his teammates, at a time when it was easy to succumb to the high-stakes environment and forget to care for each other.

While working together we argued about everything from communication styles to software engineering practices to hiring strategy to design process. I hold those debates dear to my heart—I know we only had them because Shariq cared deeply about the mission of the company, and about the ultimate success of the team. Long before Scale's founder voiced similar thoughts more broadly, Shariq confided in me how worried he was that current and new employees of Scale would think of it as "just a place to work and get rich". To him, it was about a shared dream, one that you worked tirelessly toward with passion and discipline.

It's hard to overstate the impact that Shariq had on the company culture of Scale. The team turned to him when obstacles felt insurmountable. A disastrous shortage of knowledgeable data annotators? Book a flight leaving in less than 48 hours to Manila, in a desperate bid to train more annotators in-person—a practice which has now become a regular part of operations. Wildly inaccurate results from annotators? Build a way to leverage ground-truth data to teach annotators new ideas in less than a day. Somebody is squatting on both the @scale Twitter account and also www.scale.com? Get Shariq on the case (he acquired both). He did this all while also bringing in disco lasers that would draw patterns on your shoes while you walked, proposing wild adventures in between the weekend hackathons, and inspiring everyone with how fully he embraced silliness and seriousness and hard work.

And to talk about something outside of the office… in 2018, I had the opportunity to invite one person to join an organization on a large camping trip—an organization founded on the pursuit of

communal effort and labor as love—and I invited Shariq. I knew he'd be a good addition when he rushed into a meeting at work, harried: he'd committed to preparing and vacuum-sealing a meal for 50 people that would later be reheated and eaten in the desert, and he wanted the beans to be perfectly delicious for them, and the bean-cooking was running behind. He poured so much time and energy into those beans. He acquired a second pressure cooker for his kitchen just so he could cook the beans faster, so people could eat tastier beans!

And that was just part of his service to others on this trip. Shariq also bought whole watermelons in San Francisco and hauled them all the way to the desert so that he could surprise weary, dehydrated people hiking in the 100-degree heat with slices of cold, fresh, juicy watermelon. It is difficult for me to explain how special I feel this is, in a person. He chose to spend his time performing a logistically difficult, physically demanding activity for the simple reward of bringing unexpected joy to strangers and friends alike.

I have many memories of late-night conversations with Shariq when we talked for hours, reflecting and sharing and challenging each other. Always, I am struck by the depth of Shariq's curiosity in learning about other people and helping them face their fears and anxieties, and achieve their dreams. Above, I introduced myself as Rilka. It is a name I've only adopted in this past year, and only because Shariq catalyzed my use of it. My birth name made me unhappy; Shariq learned this about me during one of those sprawling conversations, and nudged me, a year ago, to start telling others about the name I wanted instead. Because of him, I am now comfortable with my new name and all that comes with it.

Your Honor, I know that Shariq pleaded guilty to a serious federal crime. I believe not a day goes by that he doesn't think about his actions and feel regret for having breached the trust of his friends and coworkers. I hope that, in light of the deep positive impact he has had on his communities and on the lives of those he meets, and the positive change that I believe he can and will yet effect on the world, you will consider imposing the most lenient sentence the Court deems to be appropriate.

My life is so much better for having met Shariq. He has pushed me to reexamine my values and to rigorously live by them. His kindness, wit, and sense of humor have helped me through many mental and emotional challenges. When I feel bored or listless, I hear Shariq's voice in my mind, urging me to do something that will shake up my perspective and get me outside of my comfort zone—go on a spontaneous road trip to the ocean, try to balance a banana on my head. I believe that many people who meet Shariq feel similarly to me: that he's not just another person, that knowing him changes you, makes you more thoughtful, more resilient, more creative, more alive. I will always be proud to call him my friend.

Sincerely,

Angela (Rilka) Li

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v. Shariq Hashme</u>
<u>CR 19-552-WHA</u>

Dear Judge Alsup,

My name is Zhichun Li. I am currently an MBA student at Yale School of Management.
Previously, I worked with Shariq for 1 year and 3 months at Scale. Over our time at Scale, we
worked closely together on many projects. After I left Scale, we kept in touch, and I would
consider Shariq to be one of my closest friends.

When people mention Shariq, I think of a playful, kind human who spent the last two years of his
life trying to make Scale successful. During our time at Scale, we had to weather through a lot of
storms together. The storm that left the biggest impression on me was his trip to the Philippines.
At that time, we couldn't effectively train our freelancers to produce high quality labelled data,
which was key to Scale's survival. And this problem was dragging on for a month. Late on a
Wednesday night, Shariq decided that he would fly out to the Philippines tomorrow because that
was the best way to quickly resolve the problem with a customer breathing down our necks. No
one had gone to the Philippines before and the place is known to be dangerous. As we were
discussing alternatives, Shariq booked his ticket and said, "There is no other way. I am going
tomorrow." He went for 3 weeks and figured out the problems on ground. What we later found
out is that he had a fever for 2 weeks and didn't even tell us about it. Shariq has always been
willing to take one for the team and is always very clever with his resources.

And in the last 10 months, I went through a very low point in my career where I felt like I was not
growing at work and felt quite hopeless. I chatted with Shariq on this issue. After ranting to him
for around 1.5 hours, he asked me about my purpose and why I was ok with the current
situation. His questions dragged me out of the details and helped me look towards the long
term. And it was that call that last 3 hours on a Sunday afternoon that really convinced me to
quit and go back to school at Yale SOM. He has always been very kind with his time, which he
considers his most prized asset, to friends and is always willing to spend hours chatting to help
a friend out.

When I first heard of the incident, I was in denial and thought that there had to be something off.
I couldn't understand why he would risk his bright career over $56k. After he plead guilty, he
explained the situation to me. While listening to him, I heard remorse and desire to correct his
path. And we discussed things that he can do in the future to prevent things like this from ever
happening again. I believe that he should be punished for his actions but ask for the court to
consider the lowest appropriate sentence. His worst punishment already happened. He lost his

career and lost trust with people that he really cared about. These things will take a life time to repair.


/s/ Zhichun Li

December 1, 2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v. Shariq Hashme</u>
CR 19-552-WHA

Dear Judge Alsup,

I am writing this letter to you to share my perspective of Shariq Hashme as a person in light of his upcoming sentencing. My name is Andrew Liu, and Shariq and I have been friends for approximately 6 years. I'm currently a software engineer at Scale AI and was an engineer at Google before that. We originally met during my freshman year of college in Maryland and were briefly coworkers at Scale.

Shariq was the president of the University of Maryland's coding competition/project club when I started college. Throughout his time as president of the club, Shariq organized several group trips to coding competitions in other schools and was happy to assist any students interested in joining. While I had a minimal engineering background, Shariq was quick to welcome me to the community. I was in awe of Shariq's curiosity of the world and his personal willingness to take initiative for big endeavors such as the club trips. My involvement with Shariq fostered my love for side projects in college and arguably spearheaded my career, as I ended up getting practical experience early in college. Shariq has had nothing but a positive impact on my life due to his kind nature and his love of doing meaningful work to build a community.

While I know that Shariq's recent actions have been a serious crime, it does not diminish my respect for him. He's a bright and talented young man, and I still think he's a genuinely good person at heart. At the end of the day, Shariq was a good person who made one bad mistake. Please consider giving Shariq the lowest appropriate sentence, given the circumstances. Shariq has a bright future, and I believe he's going to make the world a better place.

Respectfully yours,
Andrew Liu

Dear Judge Aslup,

Thank you, your Honor, for taking the time to read this letter. I'm Victor Montoya and by now I suspect you know of my name and I believe it is only right that I express my sentiments to you regarding this case and Shariq. I was the person who first uncovered erroneous payouts. I immediately reported the incident and it ultimately led to Shariq's arrest. When I heard that Shariq was arrested, I found myself in shock and then going through the stages of grief and loss.

I know Shariq personally. I worked with him for over a year and a half. He was, in fact, the most loved person in the company. On Halloween 2018 some of our coworkers and I conspired to have  "Shariq day" where we all dressed up as Shariq for Halloween. He always dressed in a brown leather jacket, blue jeans, a white v neck, and brown boat loafers. About 30 of us showed up to work dressed like him that day. They say imitation is the highest form of flattery and everyone admired him. The guy is sweet, charismatic and incredibly nice. He's one of those people that lights up whatever room he walks into with his smile. He is really caring too and he taught me a lot about computer programming or how to better manage some of the projects we worked on together. I love the guy.

After his arrest, I planned on letting things settle down. I knew that at some point I had to tell him that I don't hate him and that I already forgave him. I knew it would haunt him for the rest of his life if I never reached out. I would suffer too, but in a more subtle manner if I tucked the experience in the back of my mind. That would create some form of karma between us to settle. I didn't want that for each other. We eventually connected on Facebook and I told him how I felt. I was relieved and I know he was too. There is magic in forgiveness and the lessons its process offers. I'm at peace overall, but it still bothers me that he can go away for a very long time.

Shariq was responsible for building groundbreaking technology at OpenAI, a startup founded by Elon Musk with the aim to create an open-source ethical AI. He was also responsible for helping us build tools and products at Scale that are the main drivers of self-driving car technology. He is largely responsible for our success up to this point and it's possible that we might've failed if it wasn't for Shariq. As a result, roads will be safer one day because Scale exists. Sending Shariq away for too long would be a waste of talent. I know that he has learned his lesson and the shame of this ordeal will haunt him forever. This is a life sentence in itself.

Please consider that I would not write you this letter if I did not think Shariq was a standup guy and someone who deserves a second chance. As the person who was probably the most affected by this case outside of our company's founder, I hope that my plea carries the most weight in the final sentence. I'm not entirely sure what he's facing, but the thought of Shariq going to prison even for even one month is concerning. He doesn't strike me as the kind of person who would do well in that environment. If I can make a suggestion, please give Shariq the most lenient sentence possible. I believe that he would do well in teaching kids in underrepresented communities how to program, but that's up to you.

Thank you again your Honor for taking the time to read this letter. I trust that you will do what you feel is right.

Victor A. Montoya



**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dear Judge Alsup,

My name is Gerard Roy and I've had the pleasure of working with Shariq at Scale for 1.5 years. We worked closely together on several projects and we traveled to Europe as a team to meet with customers.

I have always known Shariq to be a committed, hardworking, caring co-worker who always put the needs of the team and project first. Whenever there were issues that needed to be address immediately, Shariq would be the first to drop whatever he was doing and respond. I always considered him to be a true team player. Specifically when we were in urgent need of help to save our relationship with a customer, Shariq stayed up all night putting together a report that solved the issue and kept us in good graces.

Even though I am disappointed with his current situation, I truly believe that Shariq is a good person, with a good heart and is deeply remorseful for what transpired. I ask that the Court consider the most lenient sentence appropriate. I believe this has been an immense learning lesson for him and he will change his ways moving forward. It is possible that we all can make a grave mistake in our life and do deserve a second chance.

Respectfully yours,

Gerard Roy
December 20th, 2019

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v. Shariq Hashme</u>
CR 19-552-WHA

Dear Judge Alsup,

My name is Shivaal Roy and I'm currently a software engineer at a start-up in Palo Alto. Previously I was at Scale for about a year, where I worked and became friends with Shariq, and prior to that I graduated from Stanford with degrees in computer science. When I joined Scale over a year ago as my first job after college, Shariq was my mentor and the person responsible for my onboarding to the company.

A couple weeks before my start date, Shariq met with me one evening to give me the book The First 90 Days so I could be more effective as I started the job, and also walked with me around San Francisco as he asked me what I wanted to learn and how I wanted to grow while at Scale. He gave me advice on who to talk to once I started and what I should say to each person within the company to make sure I was learning what was important to me. Upon starting at Scale, Shariq spent over an hour with me each day during my first two weeks to get me onboarded as fast as possible and have me learn tricks to get work done quickly at a small startup. During this time he also asked me regularly if I enjoyed the work I was doing and whether it aligned with my expectations coming in. We would then discuss what actions each of us could take to ensure my day-to-day improved. One particular experience that stands out to me from my first weeks at Scale was when I got stuck on a problem and found myself in the office at 11pm on a Friday night. Shariq was still around, and noticing that I was getting frustrated and losing focus, he stayed back with me, helping me debug for two hours until we solved the problem.

Shariq taught me skills that helped me a lot at Scale and beyond as I've moved to a different company. The onboarding experience I had at Scale was far better than other peoples' – to my knowledge, no one else received a book, nor were they checked in on as regularly, for either getting work done or job satisfaction.

From my time at Scale, I know Shariq to be a kind, helpful, and charismatic person. I understand that Shariq has pleaded guilty to a federal crime, but that does not change my perception or respect of him. I spoke with Shariq recently, and from our conversation, I believe he regrets and understands the severity of his actions. I believe that Shariq's actions were a large deviation from the good person that I know, and I don't think his anomalous behavior should define his life going forward. As such, I would like to urge you to impose the lowest appropriate sentence for Shariq. Thank you for taking the time to read this letter, and I hope that it sufficiently portrays Shariq's positive impact on my life.

Thank you,
/S/ Shivaal Roy

Dear Judge Alsup,

My name is Michael Woo and I am writing to you on behalf of my friend Shariq.  I am currently working as a product operations manager at Scale AI where I first met Shariq over a year ago and where we became co-workers and close friends.

I am writing to you to plead for leniency on behalf of Shariq.  When I think of Shariq, I think of someone who is genuinely kind, intensely curious and beyond generous.

I still distinctly recall my first week at Scale AI where I was introduced to many new faces and adjusting to life in San Francisco having moved from New York City.  While I was introduced to many friendly faces, Shariq went above and beyond everyone I met at Scale to ensure I became comfortable there and had a trusted friend.  I distinctly remember one instance struggling to write some code in the first few weeks having transitioned from McKinsey and having not coded in 2 years since graduating from college.  Shariq noticed and without any hesitation, scheduled time throughout the week and next few months to patiently help and mentor me.  I have not met many people throughout my life who are as kind and generous to help others but this type of memory is emblematic of Shariq and why I am grateful to have such a special friend in my life.

I understand Shariq has pleaded guilty to a federal crime but I truly believe he is sincerely regretful of his decision.  I have spent some time with Shariq since hearing the news and having met with him in person, I believe more than ever that this decision is one he has reflected on, learned from and will carry forward in a positive way for the rest of his life.

Sincerely,
Michael Woo