EXHIBIT C

| **Exhibit C Index** |
| --- |
| Akilian, Michael |
| Albrecht, Josh |
| Andreev, Vasily |
| Benn, Jason |
| Bhat, Nishant |
| Burnett, Mackenzie |
| Bush, Kevin |
| Castrio, Anthony |
| Cohen, Benjamin |
| Fogg, Zachary |
| Gillespie, Daniel |
| Grant, Dani |
| Higgins, Richard |
| Hong, Yoonshik |
| Hou, Austin |
| Jayanti, Amritha |
| Kenison, Emily |
| Khuller, Samir |
| Kim, Christina |
| Kramer, Conrad |
| Kuck, Alexander |
| Kwok, Kevin |
| Lee, Hayden |
| Mahayni, Abdullah |
| Mann, Ben |
| Manohar, Tejas |
| McCaleb, Jed |
| Mehta, Robin |
| Moosa, Saqib |
| Nelson, Maran |
| Panditharatne, Sakunthala |
| Parikh, Ishaan |
| Patel, Parul |
| Qiu, Kanjun |
| Rahman, Labib |
| Rogalski, Taylor |
| Rohde, Ali |

| |
|---|
| Sabeti, Arram |
| Shah, Zain |
| Sharma, Kunal |
| Siddiqui, Noor |
| Siddiqui, Wajahat |
| Singh, Gurpreet |
| Talwar, Kartik |
| Tang, Jie |
| Thupukari, Sashank |
| Wan, Nga Suet "Miki" |
| Welsh, John |
| Yip, Rebecca |
| Zulf, Teymour "Tim" |

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States vs Shariq Hashme**
**CR 19-552-WHA**

December 17, 2019

Dear Judge Alsup,

My name is Michael Akilian. I'm a 28 year old computer engineer, and received a BS degree from the University of Texas at Austin in 2013. I moved to San Francisco six years ago, where I've worked as an engineer, product manager, and most recently as the co-founder and technical lead of a startup which employed 15 people locally.

I became friends with Shariq three years ago, when he was my girlfriend at the time's roommate. We spent many hours together talking about life, technology, the future, and how much better the world could be for people. I always cherished my conversations and time with Shariq. He is an especially creative and independent thinker. He's the kind of person I always expected could make a major contribution to society with something he would build or invent. In addition to his creative thinking, he would really **listen** to you and ask deep questions about your feelings and your life.

Beyond just great conversations, he also would go to great lengths to be a welcoming and kind host when he had people over at their apartment. He wanted to make sure each guest felt welcome, and that every detail of the experience (cleanliness of the space, food preferences, sequence of activities through the evening) was intentionally and well executed.

One other aspect about Shariq that I really appreciated was the fact that he was an immigrant. In this sense, he reminded me of the ambition and drive in my parents, who are also both immigrants. While many of our shared friends and peers in San Francisco were also pursuing challenging work projects or startups, Shariq had the added burden of needing to maintain a visa and find a path to citizenship.

I understand that Shariq has pleaded guilty to a serious crime; I write today because I deeply believe in Shariq's **intent** and **ability** to do good both for the world and those in his immediate community. I've felt it personally in my interactions with him, and I've seen it in his interactions with others. My hope is that you will see this as well, and impose the most lenient sentence the Court considers appropriate.

Sincerely,
Michael Akilian

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dear Judge Alsup,

I am Josh Albrecht, the founder and CTO of a technology startup based
in San Francisco, and I'm writing today to urge you to impose the
smallest possible sentence on my friend, Shariq.

Shariq has been a friend and frequent guest in our house for many
years now. In all of my interactions, and in every interaction I have
witnessed, he has been kind, thoughtful, and helpful. He has often
gone out of his way to help, whether it's something small like helping
to clean up after an event, or spending a significant amount of time
and effort creating plans and experiences that delight his friends. I
have never seen him raise his voice, speak ill of anyone, or do
anything wrong, nor, before this event, have I encountered anyone else
who has anything but good things to say about him.

Moreover, during this event, I have seen many friends, all of who have
great judgment of character, go extremely far out of their way to
support Shariq. He has a community and a set of friends who are very
supportive because he is a uniquely gifted person who is motivated to
do good things for the world, and it would be a shame to see that
potential squandered because of a single mistake (even an extremely
serious one). He is extremely regretful for this incident. Given his
love of his friends and his community, I am confident that he will be
a force for good forever into the future. I sincerely hope that you
can consider this in your sentencing and give him a chance to
demonstrate that.

Sincerely,

Josh Albrecht

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

My name is Vasily Andreev. I'm a Russian immigrant turned American citizen, a hedge fund manager in San Francisco, and I was formerly Head of Enterprise Sales at Gigster, Shariq Hasme's former employer where he and I worked together and became friends.

At Gigster, Shariq and I were some of the earliest employees and as a result spent a lot of time together, both talking about the company but also discussing everything from politics to philosophy, and our backgrounds and how we managed to come from distant places to San Francisco. During this time, my impression of Shariq was always that he was a reliable, very smart, if not slightly eccentric, and kind individual. He always tried to see both sides and talked about even strenuous situations at work in a calm and thoughtful manner. He was also incredibly hardworking, frequently staying at the office late into the evening, and occasionally sleeping there to get back to work as soon as he'd wake up. I remember him being incredibly useful in providing engineering support and knowledge to help us close large, multi-hundred thousand dollar projects, and then deliver them successfully.

During my entire time at Gigster, I never saw him act in what I would consider a morally questionable manner. And when I transitioned from Sales to Finance, that was also the case. There was never a problem with his filing of travel or work related expenses or the slightest sign of him doing anything outside of company policy, no HR or intrapersonal issues, no political maneuvering for promotions or higher pay raises. He was just trying to do good work and in no way trying to take advantage of the company, which like Scale, was a well funded venture capital backed company.

On my last day at Gigster, he and I grabbed a slice of pizza, which he treated me to, and I remember him talking about his hometown and how badly he wanted Gigster (which helped give software engineers all over the world a way to make a Silicon Valley salary) to succeed so that all the smart and talented individuals he knew growing up would be able to escape poverty and provide for their families. I felt a genuine desire in him to better the world.

After I left Gigster, he and I fell out of touch for a bit, and then caught up over dinner, where I was again reminded of why I liked him. I was reminded of his creative approach to thinking about life, of his desire to know and understand what was going on in my life, and really listening to my response, as well as the good debates that we had. I believe this was a few months before the events at Scale took place. I still felt in him a deep sense that he was orienting his life around doing good in the world.

I understand what Shariq did at Scale as well as his pleading guilty. However, I still firmly believe that Shariq is a fundamentally good, caring, hard working, and very intelligent individual who wants to do good in this world and to be a good, contributing member of society and I believe he is still very much capable of that. With this said, I hope you can deem it fair to be lenient with him, and to give him the shortest sentence possible under the law.


Thank you,
Vasily Andreev
CEO, Temple Capital

Dear Judge Alsup,

My name is Jason Benn, I am a 30 y.o. software engineer living in San Francisco, and I'm writing to you today about my friend Shariq. I've known him for nearly three years and consider him one of my top five favorite people in San Francisco. When I think of Shariq, I think of his kindness, his originality, his brilliance, and his gentleness.

One of my first distinct memories of Shariq was during a large camping trip. We had all just climbed up to a great vantage point to watch the sunset and most of us had packed minimal gear. Shariq, as if by magic and at the optimal moment, produced a full watermelon and cutting board from his backpack and started to cut wedges for everyone. I couldn't help but laugh at his flamboyant disregard for practicality. But mostly I was grateful to Shariq for his kindness - that stunt must have been very uncomfortable to him personally.

It probably goes without saying, but Shariq is also a brilliant engineer, and capable of solving whatever important problem he puts his mind to. I know because I've seen him work, and because he's helped me debug problems that had stumped me before.

I admire and strive to emulate Shariq's gentle style. I can't imagine him raising his voice in anger or even saying something he'd regret.

I know that Shariq has pleaded guilty to a serious federal crime. But I also believe that he's sincerely regretful of his choices. I've been with him late at night in rooms where everyone present was tearing up or crying. I've seen him describe his actions and I can see that this episode in his life has already changed him. I do trust Shariq and I believe he'll live the rest of his life honorably. I humbly ask that you please impose the lowest sentence permitted by the law.

Respectfully yours,
— Jason

Dear Judge Alsup,

By way of introduction: I'm Nish Bhat, a software engineer, entrepreneur, biologist, and proud Bay Area native. I'm writing about the case "United States v. Shariq Hashme CR 19-552-WHA" as a friend of Shariq's, whom I've known for the past three years, when he entered my close circle of friends in San Francisco.

I've been living in San Francisco proper since graduating from UC Berkeley, where I majored in both Applied Mathematics and Molecular Cell Biology. Following a desire to combine these two passions, six years ago I co-founded (and still run) a clinical genetic testing company called Color Genomics, where we assess individuals' risk for terrible diseases like cancer and chronic high cholesterol by analyzing their DNA. Today, we are fortunate to work with clients that include several hospital systems nationwide, as well as Google, Visa, Salesforce, and our own Government (via The National Institutes of Health).

While I recognize that it's been a wonderful privilege to build a company that has lasted this long, parts of the journey have also been very rough, marked by personal depressive episodes when it felt like everything I and my team had worked so hard on was going to fail. In such times, I find solace by spending quality time with close friends, cooking good food, and talking about anything other than work. Shariq's kind demeanor and quirky sense of humor have made him a good friend whom I have found personally restorative to spend time with, as well as an inspiring example to follow.

As I'm sure others will attest to, Shariq's competence as a software engineer is also incredible. In fact, I would absolutely like to hire him for my own company. This was made clear to me one evening at a gathering of friends where we were each giving short presentations to teach each other something new. Shariq presented a technical problem that he had solved in an extremely clever way. It sent my head spinning about how I might solve it myself, and ultimately reaching the conclusion that I probably never would have.

But my takeaway from this event was not Shariq's engineering competence, but rather the incredible level of humility he possesses to not boast about these abilities, nor think any less of others. In his interactions with me and others I'm close to, Shariq has been nothing but empathetic, kind, and curious.

Shariq's brilliance also comes through in his wit. I would definitely say he has made me a more creative person via the small moments – the offhand joke he tells that simultaneously makes you smile, lifts your spirits, and invites you to look at the world a little differently.

Through my work and 31 years of living in the Bay Area, I've met all kinds of ambitious people and Shariq stands out amongst them for being one of the most kind-hearted and intelligent. Watching him struggle through this episode, I've seen that he is very sorry for the bad decision he made and has really taken his lesson to heart. While I realize that he has pled guilty to a federal crime, I also know that he is a fast learner, and will live even more virtuously in the future. I would implore you to impose the lowest appropriate sentence when considering his case.

Sincerely,

/s/ Nish Bhat



**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v Shariq Hashme**
**CR 19-552-WH**

December 9, 2019

Dear Judge Alsup,

My name is Mackenzie Burnett, and I am a startup entrepreneur and political organizer in the San Francisco Bay Area. I write this letter to implore you to impose the lowest possible sentence permitted under the law in your sentencing of one of my closest friends, Shariq Hashme.

My earliest memory of Shariq was in 2013, when I walked into a community room at University of Maryland, College Park (UMD). Shariq stood in front of a whiteboard, waving his arms and talking about how we were going to plan the biggest computer science competition in the world in just a few months. Shariq's idea ended up catalyzing the creation of Bitcamp (bit.camp), one of the largest collegiate computer science competitions in the United States, which since 2014 has helped introduce thousands of high school and college students to computer science and other engineering careers. Throughout college, Shariq worked tirelessly to build the computer science and engineering community, from creating Collider, a physical community space at UMD, to organizing hundreds of students to go to weekend computer science competitions for free around the United States. Shariq would frequently go himself to these competitions, where he would either try to build something so ambitious that he couldn't complete it, or he would win the entire competition among a pool of thousands of students. Shariq cares deeply about spending his time on the most important work he can, whether that is at a computer science competition or in his professional career. Shariq has always dreamt big, and he pushes those around him to dream big.

Shariq has big dreams, but also a big heart: he always prioritizes building meaningful relationships with those around him. He listens deeply and genuinely empathizes with the other person, whether they are in distress or excited. He is unusually unmaterialistic, notoriously limiting his wardrobe to a few pieces of clothing he washes over and over again (that vest!). As a small example tying together these qualities, I remember a few years ago complimenting the scarf Shariq was wearing. It was made of a soft and beautiful material that I knew must have been very expensive; Shariq told me that it was one of two scarves his grandfather, who used to own a scarf factory in Kashmir, gave him when he was younger. Later that day, Shariq approached me with a scarf – the second scarf from his story. Shariq insisted I take it, because I had loved his so much; I've cherished the scarf for years. I even have it in my bag now, as I type this. It always reminds me of Shariq's friendship whenever I wear it.

I later lived with Shariq as my only roommate from 2016 to 2017 in San Francisco. Living with Shariq was like living with a part-therapist, part-friend. Shariq's gentle demeanor creates an environment that is immediately comfortable and welcoming to anyone around him. I seek out

his advice because I know it always comes from a thoughtful, unique perspective. He also has a clever sense of humor, and I always found myself laughing at home with him, even after the most stressful of days. We had bought a big skeepskin rug, and put it next to our bookcase, and we would lie down for hours and talk about our dreams and our relationships and our thoughts about the world. If you could have seen our bookcase, you would have seen how Shariq's book collection had merged with mine, so science fiction and philosophy-math-biology books were mixed in with foreign policy and short stories and European philosophy. Our apartment was the closest I've felt to home in San Francisco, before I had to move south to start grad school at Stanford.

Ever since I've known Shariq, he has had one driving goal: to become a U.S. citizen. As an American, he hoped to realize the dreams he had always been dreaming, to engineer a world that uses math and science to improve the lives of all. He loves this country. He loves his friends, his community, this town, his company, Scale – Shariq is so beloved by his coworkers (and he has such a distinctive wardrobe) that the entire company dressed up as Shariq for Halloween – and I know he regrets every day his actions for the harm it caused his former employer and its employees, for his poor judgment and for jeopardizing everything he values.

Judge Alsup, when Shariq told a group of us that he had pled guilty to stealing money from Scale, he ended by saying that he hoped he could one day earn back our trust. I spoke first and told him that, while what he did was wrong, he never lost my trust, and that we love him. One by one in a circle, the others in the group echoed me in agreement. It was at this point that Shariq started crying. I know that Shariq deeply regrets his actions, and he has been working to make amends among his friends and community ever since. If Shariq is imprisoned or is compelled to leave the United States forever, I believe it would be a tremendous loss to our community, and I will miss him deeply. I will miss him at my wedding, I will miss him babysitting my future children, I will miss our early morning coffees and late-night daydreams. He will, however, no matter the barrier, always be my friend.

Thank you so much for your consideration.

Sincerely,

Mackenzie Burnett



Honorable William H. Alsup
United States District Court
for the Northern District of California

### United States v Shariq Hashme
CR 19-552-WH

December 19, 2019

Dear Judge Alsup,

My name is Kevin Bush, and I am a solar cell entrepreneur in the San Francisco Bay Area. I write this letter to ask you to impose the lowest sentence permitted under the law in your sentencing of my friend, Shariq Hashme.

Shariq and I met this September through my girlfriend, Mackenzie Burnett. I had heard a lot about Shariq from her; how wonderful of a friend he was to her, his quirks – like his laugh or his minimalist style – and, recently, how worried she was about him. I wondered what he might be like, after hearing about him for so long.

The first time we met, we were sitting across from each other at a group dinner at a local restaurant in the Mission. I was immediately struck by Shariq's thoughtfulness and originality. I talked to him about building new solar panel and battery technologies and he lights up when talking about how to help better the world with wide eyes, an eager mind, and an open heart. He would ask insightful questions that showed his curiosity. He shared with me his own dreams of advancing robotics for care-taking with a clear desire to help tackle the world's largest problems.

We've subsequently talked again over breakfasts and late-night dinners. Shariq's thoughtfulness, his intelligence, and his genuine care about the world shine through in every interaction.

I know Shariq has pled guilty to a serious crime. I also know that he has worked hard to make amends with his community, and deeply regrets his actions. Even though I've only known Shariq for a short period of time, I would be deeply saddened if he were imprisoned or forced to leave the United States. In a world where many people think the same, we need individuals like Shariq to remind us to increase the scope and originality of our ideas.

Thank you so much for your consideration.

Sincerely,

Kevin Bush

**Anthony Castrio**

 Argyle, NY

**Honorable William H. Alsup**
United States District Court
for the Northern District of California

13th December 2019

<u>**United States v. Shariq Hashme**</u>
**CR 19-552-WHA**

Dear Judge Alsup,

    My name is Anthony Castrio, and I am writing to you regarding the impending sentencing of Shariq Hashme. I first met Shariq in 2014 when I was a recent transfer student to the University of Maryland, College Park. Shariq was the organizer and founder of a student-run computer science and technology interest group which facilitated weekly buses to technology competitions around the country. At the end of my first semester I reached out to Shariq through social media to thank him for starting the group and helping me find my place on campus.

    Shariq wouldn't accept praise; instead he directed me to another organization he had founded on campus, where I could give back to the student community and help engage other students. That organization was called Bitcamp, now a registered non-profit in the state of Maryland. Bitcamp would go on to introduce thousands of students to careers in technology, and influenced the eventual founding of a sister organization, Technica, also a registered Maryland non-profit.

    My experience volunteering with, and eventually leading Bitcamp, turned out to be my most formative experience in University. Shariq set me on a path towards leveraging entrepreneurship and community-building to improve the world around me that continues to affect my career trajectory on a daily basis. Far from an isolated event, I know Shariq has impacted those around him for the better, and he has continued to be a source of guidance and inspiration for me personally.

    Thus, it came as a great shock to learn my friend had run afoul of the law, that he had taken an immoral path. The Shariq I know would have advised any of his friends to do things the right way, to work hard and honestly, to do good. I am not surprised that he pled guilty and took responsibility for his lapse in judgment. I have no doubt this mistake will haunt him, regardless of the punishment the court deems appropriate. I only ask that when determining his sentencing, you consider the friend I know: the community leader, the good man, the mentor, and exercise mercy. Thank you.

Sincerely,

Anthony Castrio

Re:
<u>United States v. Shariq Hashme</u>
<u>CR 19-552-WH</u>

**To**
Honorable William H. Alsup
United States District Court
for the Northern District of California

Dear Judge Alsup,

My name is Ben Cohen, and I am a Software Engineer in Cambridge, Massachusetts.

This letter is intended to be a brief statement in my support of Shariq Hashme. Shariq has been a close friend for around 7 years now. I've had the pleasure of traveling with Shariq, as well as both competing with and against Shariq in many computer programming competitions. In times of stress Shariq in the midst of competitions has been a beacon of reason and stability. His positivity and intelligence shone and absolutely any situation we found ourselves in. Within a few months of meeting, Shariq very quickly became a close friend of mine.

Despite now living on opposite ends of the country, Shariq has continued to be a very positive person in my life. He has long been a sounding board to bounce ideas off of, and he is always willing to share his deep technical expertise to help others. Anytime he was involved in a new idea, he wanted to involve the people he cared about. He has remained a loyal friend to me through many tough times, for which I will always appreciate. I know that if I ever need an ear to talk to, a couch to crash on, or grounded input on idea, Shariq was there.

The above noted, I understand that Shariq has plead guilty to a serious offence. The intention of this letter is to reinforce that I believe that this was an exceptionally rare lapse in Shariq's judgement, and by no means a reflection of his character. From everything I've observed in him, Shariq is an altruistic, kind and bright man. I can only hope that he receives the lowest appropriate sentence for his actions. He has already shown tremendous regret for his actions. To me, his strength, genuine remorse, and honesty during this period exemplify what a great person Shariq is.

Best,
Benjamin Cohen

Honorable William H. Alsup
United States District Court
For the Northern District of California
Re: United States v. Shariq Hashme, CR 19-552-WHA

Dear Judge Alsup,

Shariq is a close friend of mine from our university days. We met through mutual love of technology and have spent a great many hours together all over the country. I've had many positive experiences working, learning, and growing with Shariq and I'd like to take a moment to share them with you here.

When we were both freshman in 2012, Shariq and I decided to organize a student-run "hacker" organization (hacker meaning "technology creator" in this context). Shariq took the position of leader and invited me and others to join him in creating this club. It was a great success, as we received backing from our university and membership from many students. We organized and taught student learning events, trips to collaborate with other universities and their events, and maintained a club room and "hacker" equipment for its members to use to build things. It is still a great asset to the school and to many students to this day, having hundreds of alumni by this date.

I've personally witnessed Shariq take his own personal time to help dozens of struggling students in need, myself included, many times over, as we ran this club and worked on our various projects. We both love attending "hackathons" (technology-creation celebration events and contests), so I've seen his helpful spirit in this context many times over. We even organized our own school's student-run hackathon, along with other students, with attendance of over 700+ students, and this event is now a successful annual event at our school that lots of students from many universities benefit from.

Beyond scholastic activities, I've known Shariq to selflessly share his own living space often, for those in need of a place to stay while traveling, for instance. He is very quick to lend a helping hand to those in need.

I truly believe Shariq has a good heart, and it's one of the qualities that attracted me to his friendship. I would take time out of my own life to help Shariq and I'm sure he would do the same for me.

Thank you for reading this letter about my very good friend.

/s/ Zachary Fogg

Honorable William H. Alsup
United State District Court
for the Northern District of California

### United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

My name is Dan Gillespie and I met Shariq Hashme in 2013 as students at the University of Maryland, College Park. At the time he was leading Terrapin Hackers, a student group he founded dedicated to advancing maker culture and representing the school at collegiate hackathons nationally. Over the course of months, the group's efforts rocketed Maryland from being unheard of to one of the top college hackathons, and inspired an on-campus movement that was hundreds of members strong which valued building, creativity, and learning above all. Terrapin Hackers became a home for all who wanted to create on-campus and provided a venue for countless collaborations. Core to the mission was removing barriers to innovation so the group provided regular introductory workshops in various skills and a library of speciality equipment and electrical components to remove cost as a limitation.

The group eventually developed a formal leadership but its origins are in Shariq's belief in the potential of bringing creators of all disciplines together. Shariq saw it as his duty to provide members with every possible resource so he pursued partnerships with the University that led to a dedicated 24/7 makerspace and consistent funding for the group.

I'm of the belief that Terrapin Hackers had a material impact on my career and on the careers of many of our classmates. By providing an opportunity to practice applied software development, the group filled a gap common to Computer Science programs. It was through that experience that I developed the knowledge and confidence I needed to start my first company with a group of other Terrapin Hacker members which we took through YCombinator before being acquired by CoreOS which has since been combined into IBM/Red Hat.

Over the years Shariq and I became close friends. We bonded over many late nights tinkering with radios and microcontrollers or whatever our projects of the moment required. I developed a respect for the discipline he invoked in aspects of his life and for his moral compass.

I was saddened to hear about Shariq's actions - he clearly has made a major mistake. I believe that Shariq is sincerely remorseful because his behavior was deeply

inconsistent with the person I know and I can see how much the trust he violated pains him. Shariq is a model of many of the traits that make our country great. However, he has made a grave mistake which I know he will forever regret it and urge you to consider the lowest sentence permitted under the law.

Best Regards,
/s/ Daniel Gillespie

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

My name is Dani Grant and I am a friend of Shariq's. I grew up in the Bay Area, live in New York City and work as an investor at the venture capital firm Union Square Ventures. I am 26 years old and I have known Shariq for 6 years, ever since we were both college students attending college hackathons. Before I even met Shariq I was a long time fan. I have always admired Shariq for his creativity and his technical skills and his belief and excitement for what is possible. Between the designers and coders who attended college hackathons, Shariq's reputation was for inspiring teams of other people to work together to build amazing projects none of them could have previously imagined that they had the ability to do.

Still today, Shariq continues to generously help people accomplish things that seem difficult but are important to them. About a year ago, I was over at Shariq's apartment telling him about a goal I had. I was explaining to him a project I was thinking of doing but nervous about the amount I would have to learn to do it. Shariq walked over to his bookshelf, picked out a few books and handed them to me. He said, these are good books I used to learn this topic, hopefully they will help you too.

Today, Shariq and I live on different coasts so we see each other once every few months. When we do see each other, we mostly meet up with a few other friends to solve puzzles together at the various puzzle rooms around San Francisco. What strikes me when working with Shariq on a puzzle room is how much he cares about everyone in the group working together to get to the solution. He is probably the fastest thinker in the group - I am pretty sure Shariq could solve these without an additional team, but he steps back to let others take the lead, propose ideas and try out the different solutions. The other thing that strikes me about Shariq in these situations is how much he can be a cheerleader for the group. Shariq's personality is naturally upbeat and sunny. He is always the positive thinker. Sometimes we get stumped, but Shariq is always a group optimist, cheering the group along until we all find the solution. Shariq naturally cares about other people and wants them to succeed and this comes out, even in this small example of solving puzzle rooms.

One thing that is special about Shariq is his propensity to express appreciation and gratitude. After almost every time I see Shariq, I get a short thank you note from him saying what he appreciated or was thankful for in that hang out. I don't know anyone else who does this. I love this about Shariq. It is a remarkable and amazing quality of his.

One last thing I want to share that I have always admired about Shariq is his belief and passion for the endless possibilities of the future and his curiosity that drives him to keep reading, building and learning. When you talk to Shariq, one thing you'll notice is that the same way I might keep a to-do list in the back of my head, Shariq keeps a mental list of the things he hopes he and others might build one day in the

future. This list is so imaginative and wonderful. On it are subjects all the way from robotics that can help make keeping a clean and safe home accessible to more people, to magic shows where all the magic is actually science in order to teach more young people to love science. Given the opportunity, I think Shariq will always be imagining and building the future. I think Shariq can and will positively touch millions of lives by following his creativity and curiosity and energy and vision.

I have always admired and respected Shariq. He is an upbeat, fantastic person to be around. He is caring and generous. He respects and listens to others. He shows his appreciation and gratitude. He is a life-long learner. He is a maker. He is an optimist. And most of all, he is a supportive and trustworthy friend, and I am happy to know him and hope to stay friends for a very, very long time.

I understand that Shariq has pleaded guilty to a serious crime but it is so out of character for him to do something that would hurt others. He expressed his sincere regret and remorse to me and knowing him for so many years, I am very confident that the lesson is learned and he will never do anything illegal or unfair to someone else again. Moreover, I believe that Shariq can have such a positive impact on society, so I am truly hopeful that the Court considers imposing the most lenient sentence considered to be appropriate for this case.

Thank you for the time, I am very much appreciative of this opportunity to share some of Shariq's great qualities I have gotten to know and see first hand with the Court.

Sincerely,
Dani Grant



**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dear Judge Alsup,

My name is Richard Ely Locke Higgins. I am a PhD Student in Computer Science and Engineering at the University of Michigan. I have never written a letter of this sort, hope I never will again, but especially hope it aids you in selecting a judicious sentencing for my best friend, Shariq Hashme.

I was born and raised in Maryland. In 2010, I enrolled at the University of Maryland on a merit scholarship. I first met Shariq in 2013, while we were both undergraduate students there. Since then, Shariq has been one of my closest personal friends. I can think of no person (apart from my own mother) for whom I would more earnestly write this appeal for clemency, than Shariq. At the same time, I recognize the severity of the crime he has committed and know you will justly weigh my plea against this severity.

I still vividly remember the first day I got to know Shariq as more than just a school acquaintance. He invited three of us over for a dinner he made, and we sat on his small apartment's balcony and talked late into the night of life, its meaning, and our goals for the future. We partook of no vices, and to this day I know Shariq abstains from alcohol, drugs and inebriations of any sort. From that day forward we were fast friends, working together on weekend projects such as making virtual reality games and other coding projects.

Since I first met him, Shariq's goals have always been noble, centered on uplifting the poor and needy of the world. He frequently expressed to me a desire to build a company and offer remote employment online, particularly for people from economically depressed regions of the world. His employment at Gigster, a remote software development company, and Scale, a company employing remote workers as annotators, reflects that. At heart, I know Shariq is seriously committed to bettering mankind and the world.

Shariq is one of the kindest, friendliest people I know. He has always been willing to lend an ear to me, including staying up late to provide constructive emotional and career advice. I still vividly remember a conversation we had sitting on a bench at the top of a hill in North Beach, San Francisco. Staring at the glimmering city lights and dark bay, he consoled me on my uncertainty over future career choices and we mused on the directions our lives might take.

Since I've known Shariq, he has been serious and intent in his pursuits in life. He has always been his own harshest critic. I know he is penitent and ashamed at the crime he has committed. This was certainly not one of the futures I dreamed for us while sitting on that bench.

I have never known Shariq to seek material possession for himself. He used to live frugally and wear only a handful of simple linen outfits. His sole monetary goals were stability and becoming a US citizen. I know he hoped to become a citizen through sponsorship from his employer or following the EB-5 investor pathway. He loves America and I know a lifetime ban from the United States would be a resounding punishment to him.

After graduating, Shariq and I worked together as business associates at a company named Unscan. The goal of this company was to automate document processing for loan applications, thereby reducing the barrier and cost to loan applicants seeking money from banks. Although it was not successful, we gave the technology to CPI Data Services, a US document processing company we had worked with. This charitable act was emblematic of Shariq's desire to help those in need, as CPI employs thousands as data processors across China and India. By passing on our technology, we enabled them to pursue even larger contracts. Through his work at remote work-focused Unscan, Gigster, and Scale-- Shariq has already helped more of the poor find gainful employment than most of us will ever in our lifetimes.

Shariq's life goal was to better the world and become a United States citizen. Having spent thousands of hours working alongside him, I know his character will lead him to a serious, genuine, crushing, and long-lasting repentance about the crime he has committed. I believe strongly in his underlying good heart and if called upon would readily answer any questions you may have concerning his character. I beseech you to impose the most lenient sentence you deem appropriate. I hope my portrayal aids you in assessing what sentence this should be, and want to personally thank you for your service to our country and the courts.

Sincerely,

Richard Ely Locke Higgins
December 13, 2019

Yoonshik Hong

New York, NY

December 12, 2019

RE:
**United States v. Shariq Hashme**
**CR 19-552-WHA**

To:
Honorable William H. Alsup
United States District Court
for the Northern District of California

Dear Judge Alsup,

I met Shariq Hashme while a student at the University of Maryland – he served as an invaluable mentor and friend during my time in university. I am stunned to hear about this recent case, as every memory I have of Shariq is of a warm-hearted, selfless leader. This is a severe matter; however, I hope for the most lenient sentence the Court considers to be appropriate and am glad to voice my knowledge of Shariq Hashme's character and contributions.

Shariq's mentorship and guidance has directly influenced my growth both at and beyond college. I entered the workforce as a hard-working and capable individual, largely thanks to Shariq's leadership and support. Shariq helped me become not only a polished engineer, through encouragement and advice at events such as a 24-hour hackathon where we worked on a virtual reality project.

I am a single example of Shariq's positive impact – he has encouraged thousands of budding engineers to build projects that challenged their abilities and furthered their passions. Shariq reached students through multiple self-driven initiatives, such as hosting an international hackathon with 1,000+ in attendance, organizing group trips to attend hackathons around the country, and creating a dedicated space for students to work with like-minded peers. He also led by example by working harder than anyone else on the projects and regularly winning first place at hackathons all over the country.

Despite the events of this case, I believe in Shariq's potential to be a strong positive influence on budding students and engineers, and I believe he still has the desire to empower his peers and build a community where individuals pursue their full potential.

Sincerely,

Yoonshik Hong

**Honorable William H. Alsup**
**United States District Court for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dear Judge Alsup,

My name is Austin Hou. I'm a 26-year-old designer, engineer, and close friend of Shariq Hashme, who I have known for the last six years.

We met at the University of Maryland during our undergraduate studies, as members of a group of self-motivated students who came together with the intention to build projects with an impact far beyond the work we were doing for school. At the time, I was struck by his thoughtfulness, kindness, and community values. In addition to being brilliant, it was clear that he deeply cared about every member of the community that we were a part of and took much pride in helping it grow and thrive.

That first impression only grew as we became closer friends. He played a central role in building our nascent school hackathon (Bitcamp) – unique at its time for its focus on inclusivity and creativity – into a long-running institution. We both graduated and moved to San Francisco along with a group of others in our year. Even as many of those friendships gradually waned as our lives grew apart, Shariq and I stayed close. Through these years, I've always respected his unique talent for bringing people together.

Needless to say I was shocked to hear about the recent events. We've since had many conversations and I believe that he's deeply remorseful of his mistakes and has thoroughly learned his lesson. His actions and kindness have inspired a countless number of people, and even at his young age he has left that legacy in every place he's lived, worked, or studied. I believe it would be a great loss to us all to not allow that legacy to continue.

Please have mercy in his sentence.

Respectfully,
Austin Hou





Honorable William H. Alsup
United States District Court
For the Northern District of California

### United States v. Shariq Hashme
### CR 19-552-WHA

Dear Judge Alsup,

My name is Amritha Jayanti and I am currently an academic researcher in the Boston area
working on emerging technology policy. I know Shariq from our time together at the University
of Maryland, as well as later when we were both living in San Francisco.

My first introduction to Shariq was actually when I was a student studying computer engineering
– I was one of the only women in my class and became motivated to ensure other women were
feeling comfortable and accepted in our engineering and computer science classes. I decided to
found a nonprofit organization, Technica, to help women explore computer science in a safe and
supportive atmosphere. After circulating the idea of what this could look like, raising money,
collecting resources, etc., Shariq was one of the first people to volunteer to help out.

Through that initial introduction, I witnessed something core to Shariq's personality: he is
always someone who shows up, steps up, and supports other. As we became closer over the
years, this personality trait did not waiver. Shariq would help me with computer science projects,
sit down for hours to explain technical concepts to me, and sometimes just have dinner with me
when I needed a friend to talk to. At one point while I was living in San Francisco, Shariq heard I
was unhappy with my living conditions. Knowing that I couldn't afford an apartment in the city
alone, Shariq offered to give up his living situation in order to find a two-bedroom apartment
with me. This was so that I could have comfortable living arrangement within my constraints. He
was willing to compromise on his own preferences just to make sure that I felt stable, secure, and
happy during my time in San Francisco. I believe there are few people who would make such
sacrifices, and it demonstrates the level of compassion Shariq has.

I acknowledge the current circumstances of Shariq pleading guilty to a federal crime. I would,
though, urge you to consider these core characteristics of Shariq – he is a thoughtful, caring, and
supportive person. These are the parts of him that I (along with many other of our friends) still
see, even in light of the details of the case. He is an additive and important member of his
community. Additionally, Shariq has spoken of self-reflection and regret with regards to his
actions at ScaleAI.

With this in mind, I ask that you impose the lowest appropriate sentence/lowest sentence
permitted by the law. It is not to excuse his wrongdoing, but to acknowledge his character and
other important factors that show his standard role as a member of society.

Thank you so much for your consideration, You Honor.

Sincerely,
Amritha Jayanti

Honorable William H. Alsup
United States District Court
for the Northern District of California

**United States v. Shariq Hashme**
**CR 19-552-WH**

December 18, 2019

Dear Judge Alsup,

My name is Emily Kenison. I graduated from New York University School of Law in 2014, and for the past five years have been a practicing attorney, first at Morgan Lewis & Bockius LLP in NYC and then at LFG in SF. As a barred attorney, I thoroughly understand, respect and adhere to the law and the Code of Ethics that establishes the principles of my profession. With that background, I write today to sincerely request your impose the absolute lowest sentence permitted under the law in your sentencing of my dear friend Shariq.

Shariq is one of those people whose warmth, humor (with a big smile and a big laugh), and care for others is immediately apparent and absolutely genuine.

The first time I met Shariq was two years ago, after I had recently moved to SF. Shariq is close friends with my roommates, and it was through them that I was lucky to meet him and we quickly became very close friends.

One of my first memories of Shariq was how he was so wonderful to my mother, Bilun Karal, when she came to visit me in SF for the first time. When my mom arrived at my house from the airport, Shariq was there and he immediately greeted my mom with a big smile and a hug, taking her suitcase up the stairs. He then came over with a cup of tea for me and my mom, without us even asking for it. Shariq is one of the kindest, most positive people I have ever met. He is always thinking of others, always there to lend a helping hand, is an incredible listener, and truly connects with people.

My mom and Shariq were similar in that both had left their family -- my mom being from Turkey, Shariq from Kashmir and Saudi Arabia -- to come to the U.S. for college and for a better life. That night, I listened to them talk about how hard it is to leave your family at a young age and come to a foreign country by yourself, but how they are both so proud of the life and large community they made in the U.S. They could never imagine going back. Shariq emphasized how incredibly grateful he is to be in the U.S., a democratic nation, surrounded by diverse people, diverse thought, and opportunities for a better life. Shariq not only respects, but embraces wholeheartedly, the values of our democratic country.

Shariq is grateful to be in America; he also knows how scary it is to live in a place that does not share our values. Shariq's family is in Kashmir, which has always been in political turmoil, but especially now, is a place in severe political turmoil as India has essentially revoked all of its citizen's rights. It broke my heart to hear that when Shariq was arrested, Kashmir was in a complete blackout and no one could communicate with anyone for weeks. No one could even tell his family that their son had been arrested.

As an attorney, we are not only taught the laws, but why we have them: not only to punish, but more importantly, to deter acts that go against our country's moral and ethical code. I am confident Shariq is deterred from ever committing another crime.

Shariq exercised poor judgment. He is a 25-year-old boy who committed a very, stupid and serious crime. That does not change the way I feel towards Shariq. I know he is incredibly remorseful about his acts, and the hardships he has caused his former employer. I am certain that Shariq has learned his lesson; Shariq will never do anything like this ever again. The law has done its job, and as such, I again plead that you impose the most lenient sentence permitted under the law in your sentencing of my dear friend Shariq.

We are lucky, and so grateful to have Shariq in the U.S. If he is imprisoned or forced to leave this country, it would be a great loss to our country. His talents and brilliance are very rare, and his kindness, warmth, and compassion transforms those who are around him into better people.

Thank you for your consideration.

Respectfully yours,



Emily Kenison



Northwestern | ENGINEERING 

Honorable William H. Alsup

United States District Court for

The Northern District of California

Ref: <u>United States v. Shariq Hashme</u>

CR 19-552-WHA

Dear Judge Alsup,

I am currently a professor at Northwestern University, and chair of the Computer Science Department. Before joining Northwestern University, I was a professor of Computer Science at the University of Maryland from 1992-2019. From 2003-2008 I was the Associate Chair for Computer Science, and from 2012-2017, I was department chair of Computer Science at the University of Maryland (College Park), and first met Shariq Hashme in Fall 2013. I had been following UMD's Hackathon Group (a bunch of students who went most weekends to work together on creative projects), and soon found that they had been led by Shariq, an undergraduate Engineering student. Shariq showed incredible leadership and organizational capability by leading the students, who he managed to get excited and motivated to collaborate on various projects. Shariq went on to help found the Terrapin Hacker club, advocating for resources for the club, and helping set it up. This has provided a community and immense value to hundreds of students at the University. In addition, Shariq helped launch the first Bitcamp in 2014 at UMD, and I can confirm that he was part of the small leadership team to help create the event. The event then lead to Technica, the largest all-women event on the East Coast for women interested in computing. In summary, during his undergraduate years, I can confirm that Shariq undertook a number of leadership tasks and volunteered for events. He was a committed student as an undergraduate. I admired his courage and leadership that he displayed while at U. Maryland.

I understand, Shariq has pleaded guilty to the crime that he has been charged with, and I hope my letter helps provide a perspective on Shariq as a committed undergraduate student, and model citizen of the student community, and supports a lenient sentence.

Finally, I need to make clear that I am writing this letter as someone who has known and mentored Shariq, but the statements above are my personal views and do not represent the views or position of my employer, Northwestern University; or that of my previous employer, University of Maryland.

Sincerely,

Samir Khuller, Ph.D. Cornell University (1990)
Barris Professor and Chair for Computer Science
Northwestern University, Evanston IL ▮▮▮

**Honorable William H. Alsup**
**United States District Court for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dec 19th, 2019
Dear Judge Alsup,

My name is Christina Kim. I am a machine learning research engineer at a venture-backed start-up in San Francisco. I am writing to you today to ask the Court to consider the most lenient sentence appropriate on behalf of one of my closest friends, Shariq Hashme.

I met Shariq 2 years ago at an Interact retreat in Monterey, California. Interact is a community of mission-driven technologists centered around three beliefs, 1) technology is not an industry — it is a discipline that is changing every industry, 2) people do not make a significant impact alone — progress is accomplished together, 3) to better the world, we must also better ourselves. I joined Interact during my undergraduate studies at Northwestern University, and it is the primary reason why I moved to San Francisco upon graduation.

To me, Shariq represents the spirit of Interact: intentional, compassionate, and intelligent. It is people like Shariq that have inspired me to aspire to lead a meaningful, impactful life.

One of the traits I admire most in Shariq is his sincere commitment to making the world better. During a long conversation hiking through redwoods, we discussed our motivations and drives for how we chose our work. I was impressed to hear why Shariq loved working at Scale. It wasn't the fact that Scale was on its way to becoming Silicon Valley's next unicorn with a billion-dollar valuation. It was because he valued creating economic opportunities for people all over the world via their contracting platform. For many of the contractors, the work from Scale empowered them to be able to provide for their families in ways not accessible to them before. Shariq even wrote a blog post on behalf of Scale to highlight their stories. In his blog post, Shariq writes, "many companies make the world better in at least some way — perhaps if we spent more time noticing and amplifying those positive externalities, it would raise the expectations of all companies."

Despite his current situation, Shariq is still thinking about how he can use his unique talents and abilities to best support others. Currently, Shariq is working towards building teleoperated robots to assist people in their day-to-day lives, and, in particular, thinking of how these robots could

help elderly populations. I am always impressed by Shariq's dedication to creating a more equitable world.

When he left the United States after his work visa expired, I remember speaking with one of our mutual friends about Shariq. We lamented that he wouldn't be a physical presence in our lives for the next year or so. I have found San Francisco to be a particularly transient city - with many friends leaving and coming. However, no one's absence has been felt like Shariq's.

It is rare to meet someone as unique and thoughtful as Shariq. He's a brilliant thinker and always tries to come to his own conclusions about the world. He works hard to fight biases he may have and encourages me to reevaluate my own. I always feel lucky to call Shariq my friend.

Earlier this year, Shariq helped me pivot into a new career as a researcher, something I thought would be out of reach for many years. He helped me prepare technically and encouraged me to pursue the role when I was feeling uncertain and insecure about my skills. I am devastated to hear that Shariq may not be welcomed back to the United States. It is a personal loss for me, but an even greater loss for the broader tech community, because we desperately need more people like Shariq. People who believe in you and encourage you to be your best self. People who are interested in technology not just for technology's sake, but for the impact technology can have in bettering people's lives. People looking to use their rare abilities not for personal gain, but rather to improve the world around them.

In a world fixated on instant gratification and constant consumption, Shariq has stressed upon me the importance of producing and participating. When a group of us went to an event a year ago, Shariq was nowhere to be found. It turned out he had offered to help the event organizers and was making sure the hallways were well lit. When we spend time together, he routinely suggests we volunteer our time or create unique experiences for our friends. For example, one day, Shariq organized a group of us to volunteer at GLIDE. GLIDE is an organization based in the Tenderloin neighborhood of San Francisco working towards alleviating suffering and breaking the cycles of poverty and marginalization. I was pleasantly surprised to observe that Shariq volunteered often enough that the supervisors recognized him as a regular.

My friendship with Shariq has made me a better person, and has reminded me time and time again the importance of thinking of others.  My favorite thing about Shariq is his natural instinct toward being a champion for others -- his natural instinct toward encouraging others, having their backs, reminding them to believe in themselves, and going out of his way to advocate for what they need and deserve. Shariq plays that role in my life, and the lives of so many of his colleagues and friends.

I understand that Shariq pleaded guilty to a serious federal crime. However, my respect for Shariq remains unchanged, especially in light of how he has handled himself since pleading guilty. Shariq has expressed deep remorse and regret for his misconduct. When telling his friends, he has been extraordinarily forthcoming and straightforward about his misconduct. He has spent hours on calls with friends and families to apologize and explain. I respect that Shariq has taken complete responsibility for his wrongdoing and is being proactive in making amends, especially with his former co-workers at Scale.

When Shariq told us about his misconduct, he said he would do everything he could to re-earn our trust. I believe him and I know he will work hard for the rest of his life to live the most trustworthy life. Throughout this period, Shariq has never complained about his situation or even remotely suggested that the criminal justice system may be unfair. For the entirety I've known him, Shariq has always strived to take responsibility for his actions. I've seen him miss events and parties so he could continue to fix bugs and issues at Scale. When we used to spend our weekends working side-by-side for own companies, he'd always be investigating and improving Scale's code to be more robust. For as long as I've known him, Shariq has always been dedicated to taking responsibility for himself and his work.

I know that the past few months have changed Shariq forever, and that he will not commit any further wrongdoings for the remainder of his life. I know that Shariq will live the rest of his life with the utmost integrity, and that he will do everything in his power to re-earn and uphold the trust of all those around him. I know Shariq will continue to dedicate himself to others, and strive to make the world a better place. I would like to humbly ask the Court to consider the most lenient sentence appropriate for Shariq.

Thank you for your consideration.

Sincerely,
Christina H. Kim



Honorable William H. Alsup
United States District Court
for the Northern District of California

**United States v Shariq Hashme**
**CR 19-552-WH**

December 20, 2019

Dear Judge Alsup,

My name is Conrad Kramer and I am a local entrepreneur and investor, most recently having sold my company to Apple, where I now work. I am writing to you today on behalf of my friend Shariq.

I met Shariq for the first time back in 2014 at an event he helped organize at the University of Maryland called Bitcamp. On its face, Bitcamp is a programming competition. In practice, it is a community event that encourages young individuals interested in technology to think outside of the box. Shariq in particular had a reputation for building ambitious projects: a non-invasive glucose monitor, a whiteboard that does the math for you, a hang glider simulation, etc. Shariq's imagination has no bounds, and this is something I deeply respect about him. The friends I met at Bitcamp, including Shariq, gave me the confidence I needed to move out to San Francisco and forge my own path.

As I got to know Shariq better, I learned that Bitcamp was not a one-off thing for him, but instead reflective of his core values. Having grown up in Saudi Arabia, Shariq doesn't take the freedoms afforded to him by living here for granted. Bitcamp was one way for him to pay it forward by helping others strengthen their Computer Science skills. Shariq is also a fantastic listener, which is one of the reasons I enjoy spending time with him. His relentless optimism has been reassuring when we chat about the existential angst that comes with figuring out what to do with our lives. We have spent many hours talking about how to best use our talents to better the world, and I know that we will continue to do so for years to come. Perhaps my favorite thing about Shariq, though, is his laugh. It's more of a giggle, really, but it's so distinctive and disarming that I think I can speak for all of his friends in saying that we will miss having Shariq and his laugh around in SF in the event that he is deported.

That is why I was completely shocked when I heard that Shariq had been arrested. I thought that there must have been some sort of mistake. He really enjoyed his job, and his coworkers really enjoyed working with him. As I heard about the potential immigration ramifications, a deep sadness came over me with the understanding that he might not be able to be physically present in my life here. That he would not be able to be a part of the wonderful community we have. Later, when he told me that he was pleading guilty, that sadness turned into disappointment. While I am disappointed in his poor judgment, I know that Shariq has the deepest regret for his

actions and that he is working to make things right. For this reason, I still deeply respect Shariq and consider him a good friend. Taking this into consideration, I would ask and urge you to take a merciful stance in sentencing.

/S/ Conrad Kramer

Honorable William H. Alsup
United States District Court
for the Northern District of California

### <u>United States v. Shariq Hashme</u>
CR 19-552-WHA

December 20, 2019

Honorable Judge Alsup,

My name is Alexander Kuck and I write to advocate for my friend, Shariq Hashme. I ask that you show him leniency and to impose the lowest sentence permitted by law.

Shariq and I met on a trip during a transitional period in my life. The wide ranging advice he provided about purpose, fulfillment, friendship, joy, and love struck a chord with me— his unique forthrightness gave me clarity at a time when I needed truth and direction the most. At the end of the trip he gifted me a pin with a message to be true to myself. It was a small gift, but having just met, it was an action that spoke volumes. I confidently carry that pin with me everywhere I go.

While his advice to me was consequential, it was more meaningful to see his impact on those around him. Shariq brings humility and a calmness to any group he is with. His forthrightness, combined with his empathy, humorous insight on reality, and intellectual curiosity brings out the best of everyone. His diverse set of friends love him because of who he empowers *us* to be.

Shariq understands the severity of his actions and he has shown remorse for the impact it has had on his former employer. He is a good person whom many love and look up to and it would be a shame to lose him from our community.

Thank you for your consideration.

Respectfully,

Alexander S. Kuck



Honorable William H. Alsup

United States District Court

for the Northern District of California


United States v. Shariq Hashme

CR 19-552-WHA


Dear Your Honor,


I understand that you'll be presiding over a case involving my friend Shariq, with whom I've had the fortune of becoming quite close to over the past 4 years— meeting as interns in 2014, briefly consulting for one of his projects in 2016, and as roommates for nearly a year in 2018. My name is Kevin Kwok, and if you're willing to indulge me, I'd like to describe some of my experiences with him over the years, and hopefully paint a picture of the Shariq that I know.


I first met Shariq during the summer of 2014 in San Francisco at a technology prototyping competition. After the summer had ended and we had returned to our respective schools, and I got a message from Shariq mentioning that he was volunteering as a mentor at an event that was going to be happening at MIT the upcoming weekend. I offered him a spot on a spare air mattress on my dorm room floor.


While getting to my dorm he had managed to sprain his ankle pretty badly— and the next day, the day of the event— he could barely walk. He could have just stayed indoors, but he insisted on hobbling over to the event anyway. Later that day I had stopped by the event, and noticed Shariq had come up with an ingenious little trick for mobility: scooting around in rolling office chairs. In spite of the pain that he was almost certainly in, he seemed truly at his element helping students with virtual reality coding.

Among all the people that I know, Shariq is perhaps the most engaged community-oriented person that I can think of. I've witnessed this personally at the MIT event, again at community retreats for Interact. In all of these situations he's friendly to everyone around, welcoming to new people, and eager to entertain people.

In a similar vein, Shariq also often does spontaneous acts of kindness and charity— after watching a movie with him once, he mentioned that he had to get to bed so he could wake up early to volunteer at a soup kitchen. I've even heard that at some point in college he donated nearly all of his money to some anti-malaria campaign on a whim.

A little over a year after I had first met him, Shariq had since graduated and started working with a few of his classmates on a new idea: using some computer software to read scanned documents. I had some experience with building such systems in the past, so he invited me to come down to New York for a few days in January to hang out and consult on the project. During my time there, he had let me stay on their pull-out couch in Harlem, and we would stay up late talking about technology and the future.

Talking about the future has always been a staple of my interactions with Shariq— not so much about our personal futures, as the futures of technologies and societies. Whenever the conversation does veer into the realm of personal— it's always in the context of what things we could do. He's always been very optimistic and imaginative— I get the sense that he voraciously consumes and contemplates science fiction.

In 2017, I had moved into San Francisco after graduating college, and for the summer I had a college friend as a roommate. Once the summer had ended, he had returned to school— leaving my apartment with a bit of a vacancy. At the same time, Shariq, who had been living a block away, found himself looking for a new living situation after his roommate and left to start in a graduate program at Stanford. While talking to my ex-roommate, who had also known

Shariq through Interact, I mentioned that Shariq was looking for a place— and he immediately interrupted me and said that I should convince Shariq to become my roommate.

Lo and behold it all ended up happening and a week later Shariq moved in as my new roommate. He had at the time recently left OpenAI, and spent nearly all of his time conducting independent research on his wacky new architecture for neural networks that he called "loopy networks". A month or so later, I noticed him become essentially infatuated with some small start-up company called Scale— he saw it as his opportunity to be part of something that could change the world. Once he got the job offer, he tried to negotiate his salary down in exchange for stock as much as possible because of how much he had believed in the company.

Once Shariq had joined Scale, he would often go for several days without returning home. Once I had visited the company headquarters, and the CEO gave me a tour of the premises— pointing out a little supply closet with a mattress that was dubbed the "Shariq corner". He would work late, usually past midnight, and when he was too tired he would sleep at the office until the next work day started.

A few months later, Shariq moved out of our apartment and into his own one bedroom place to have a bit more privacy. My understanding is that throughout that entire span, essentially until he left the country he had continued spending most of his time at Scale. We had kept in touch once every blue moon with online messages. At one point, Shariq was trying to get the @scale Twitter handle for the company— which had at the time been owned by a 41-year-old housewife in Japan. They soon became good friends. She would share pictures of her family and her dogs, and Shariq even booked a flight to Japan to visit her.

That kind of interaction— meeting strangers and becoming friends is overwhelmingly the rule rather than the exception when it comes to Shariq. He's a truly special person to me, and everyone who has had the fortune to spend a few moments in his presence. I think that if you gave him the chance, Your Honor, you might see this too. I sincerely believe that he has much

to offer humanity and implore you to impose the lowest sentence that you find appropriate. I don't have an exact understanding of the motivation behind his actions, but from my years knowing him as a roommate, and as a friend, I don't believe for a second that he did it with malice at heart.

Sincerely,

Kevin Kwok

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of**
**California**

**United States v. Shariq Hashme**
**CR 19-552-WHA**

Dear Judge Alsup,

I am writing to you to vouch for the character of Shariq Hashme and ask for leniency in his sentencing.

I am an entrepreneur and computer programmer currently working as the Chief Technology Officer of a New York technology startup focusing on virtual reality software for the construction industry. I am also a proud Hokie and graduate of Virginia Tech's Computer Science department.

I first met Shariq in early 2014 at a collegiate programming competition. We became friends after realizing a common mutual interest in virtual reality and pushing the bounds of what was possible with this new technology. I vividly remember Shariq's programming projects from those days and how they inspired myself and other participants. Shariq's passion, creativity, and willing to teach helped form how I viewed the nascent virtual reality industry, which in turn motivated me to dedicate the past 6 years of my life to the field, starting multiple American companies and new jobs in the process.

Upon graduating college Shariq and I stayed in touch, even celebrating the 2014 holiday season together in Blacksburg, Virginia. We spent New Year's Eve as typical geeks, playing video games and hanging out with friends. During this time I prepared to start my first company and Shariq continued to be a good companion, providing new ideas for how to approach the field.

I was disappointed to hear the news about my friend's actions this year. We grew up trying to understand what is possible with technology and it's clear that Shariq used that understanding in the wrong direction. After speaking with him after the fact I'm confident Shariq understands this mistake and is sincere in his regret.

I'm asking for the most lenient sentence the Court considers to be appropriate so Shariq can move on from this error and continue to use his creativity and good character to better those around him.

Sincerely,

*Hayden Lee*

Hayden Lee

December 19th, 2019

Honorable William H. Alsup

United States District Court

For the Nothern District of California

United States v. Shariq Hashme

CR 19-552-WHA

Dear Judge Alsup,

I am writing this letter in regard to Shariq Hashme's trial for a crime he has committed. I was shocked and very disappointed when I heard of the news of Shariq's wrongdoing, and I was also profoundly concerned when I heard that Shariq may face a sentence spanning years in prison. I elected to write this letter to shed some light on who Shariq is, how much he means to me and countless others, and most importantly to plead for the most lenient sentence permissible.

Shariq and I were in the same high school, and even though he was one grade older than I was, my relationship with him was close. When he was in his last year of school, he was the student council president and I was the treasurer of the student council. The student council cabinet consisted of the president, vice president, treasurer, and secretary. As a cabinet we used to regularly meet to discuss the activities and events being organized by the student council. I got to know Shariq on a close level at the time, and I learned a lot from his leadership skills and his great character. He was kind, smart, dedicated, and responsible. As president of the student council he took his role very seriously and introduced many great initiatives to our school, like the robotics club, school newsletter, and toastmaster's youth leadership program just to mention a few. He really cared to make a positive change and impact in our school and on the students, and he indeed succeeded in doing that.

After we both graduated from school, my communication with him decreased significantly as he went to the United States to study engineering, while I stayed in Saudi Arabia to study Medicine. Currently I am an orthopedic surgery training resident in Riyadh, Saudi Arabia. Even though my communication with Shariq was very little, I always tried to stay up-to-date about him through our mutual friends because I knew he would one day reach great places and achieve significant success in his career and life.

For that reason, I was really shocked when I heard that he had committed a crime. I do not know for sure why he would do such a thing, but what I do know for sure is that Shariq is not a dangerous person or a threat to society and that he regrets what he did. My fear is that spending years or even a few months in prison would do more harm to him than good. I am confident that Shariq is regretting his actions and is already learning from his mistake. I hope that he gets the chance to use his great qualities and intelligence for the betterment of society and mankind. I plead you to give him the lowest sentence considered to be appropriate by the law.

Thank you very much.

Regards,

Dr. Abdullah Al Mahayni

/Abdullah Al Mahayni/          01/13/2020

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

I'm Ben Mann, a software engineer living in San Francisco. I studied computer science at
Columbia University in New York, then worked at Google for 6 years, where I eventually
became a Tech Lead Manager. I recently came back to OpenAI to make sure AI is safe and
beneficial for humanity.

I met Shariq 3 years ago when I first joined OpenAI. He was assigned to be my "friend buddy," a
sort of cultural guide to the organization not in my reporting chain. We immediately took to each
other, finding a mutual respect in our frankness and intellectual curiosity. He helped me to feel
at home in the organization, which at the time had a psychologically unsafe culture. After we left
OpenAI we remained close friends. We've gone on a couple of trips and frequently spend time
together socially. He always makes me feel accepted and gives me a greater appreciation for
my environment. For example, he threw a fake meat barbeque party. I hardly knew anyone, but
he introduced me to people, made sure everyone was having a good time, and convinced us all
to eat a little less actual meat. I felt really comfortable there because of him.

More recently Shariq and I have been talking a lot about his ambitions to make low cost home
robotics a reality. This is an incredibly ambitious goal and Shariq is one of the few people I
believe capable of making real progress on it. I think the world would be worse off if Shariq had
to spend time in prison rather than making this dream a reality.

I understand that Shariq has pleaded guilty to a serious federal crime. Shariq has been very
open in the last few weeks about what happened. My heart goes out to him. He felt alone and
unable to ask for help even among his friends in the time leading up to the crime. I would gladly
have given him the money had he asked. While none of these reduce the gravity of the crime, I
believe Shariq truly regrets what he did and has vowed never to do anything of the sort ever
again.

I am not a judge, but given my positive view of both Shariq's character and his intense remorse,
I hope you will give him the lowest sentence permitted under the law.

Sincerely,

Benjamin Mann



**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v. Shariq Hashme**
**CR 19-552-WH**

Dear Judge Alsup,

My name is Tejas Manohar. I'm a 20 year old software engineer and startup founder in San Francisco, and today, I'm writing to you about my dear friend Shariq. I've only known Shariq for around 2.5 years and have only met him a handful of times, but every interaction has been so memorable and impactful on my life that in many ways, he's quickly become a role model for me.

Shariq and I first met in June 2017 at a local weekend retreat in Tahoe for young people in tech that was organized by some of Shariq's friends from college. My first memory of Shariq was watching him convince a few of his friends to playfully bury him in the sand on the beach. At first, I saw Shariq as a comedian and frankly, was only following him around for personal entertainment, but as soon as I had a chance to speak with him, I was blown away by his brilliance. The first thing that stuck out to me about Shariq was the ease at which he could not only meet new people but also really understand them, something I've always struggled with. Within a couple minutes, Shariq went from a simple "What's your name" to understanding how I ended up working in the Bay Area and what motivates me. Second, I quickly discovered that Shariq is extremely driven and never settles for what's comfortable or familiar. Every time I met Shariq, he has actively pushed me to step out of my comfort zone and stretch myself, and while I never talked to him when I made the decision to leave my job in May, I would say he was one of the biggest catalysts for this. Lastly, Shariq has a great heart. While I can confidently say Shariq is much sharper than me, I have never once felt threatened in his presence and have always felt like he was there to help me grow, whether that's through pushing me to leave my job or encouraging me to not be embarrassed, loosen up, and dance at a party. In my experience, it is rare to find someone so impressive that is also so caring, down-to-earth, and not even a bit arrogant.

When I heard about the criminal case, I was both shocked and disappointed in Shariq. At first, my view of Shariq was fragile-- I wasn't sure how to handle the news. That said, after talking to Shariq more and more over the last few months, I still see him and respect him for what he is-- a rare combination of intelligence, drive, and compassion. While I understand Shariq has committed a very serious federal crime, I am confident that he deeply regrets the decisions he made, takes full responsibility, has learned his lesson, and will never do anything like this again. I believe Shariq is a great asset to our world with a great soul and that it would truly be a shame for him to be imprisoned or have to leave the country. With that being said, I understand that

mistakes were made, and there must be due legal process, and thus, humbly ask that you please impose the lowest sentence permitted by law.

Respectfully yours,
— Tejas Manohar

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

Dear Judge Alsup,

My name is Jed McCaleb. I'm a successful entrepreneur based in San Francisco. I currently run the Stellar Development Foundation a 60 person tech non-profit that aims to increase the level of financial inclusion around the world.

Shariq is kind, generous person. Always friendly and quick to make people feel comfortable. He clearly cares about the people around him. He is smart and although he did make a grave mistake here, I strongly believe he genuinely has a good heart. smart wants to makeHe is also an exceptional programmer I would hire him instantly if ever given the opportunity. He has not only the talent but the kindness, compassion, and loyalty I always look for in team members.

I have seen first hand how regretful he is of his actions. There was a visible change in him after he was charged. We talked at length afterwards. It was very clear to me that here was a man that had stumbled, saw and knew internally that he had stumbled and would now do everything he could to not make this kind of mistake again. I can see that he has learned and suffered greatly already for what he did and I hope that you can see to give him the lightest sentence you are allowed.

Thank you,

Jed.

Honorable William H. Alsup
United States District Court
For the Northern District of California

United States v. Shariq Hashme
CR 19-552-WH

December 15th, 2019

Dear Judge Alsup,

Thank you for taking the time to read and consider the support Shariq has from his community! He is truly loved and well respected, and I hope that shines through in these letters. He is an **absolute light in our community** and I hope to be able to grow with him through our 20s, our most formative years. Shariq is brilliant and cared for – it would be a disservice to the world if he is not with us, shaping the future through new technology.

A bit about myself – my name is Robin Mehta; I am a mobile and web engineer and startup founder living in San Francisco, from New York. I taught myself to code in college and have the utmost respect for people who can learn to work with technology for its potential in affecting positive change in the world. I've since built products in the women's health and safety spaces.

I want to first mention a bit about our community of young technologists in the Bay area. I met Shariq through an organization of good people and my closest friends. We are extremely tight knit, and we support each other through personal and professional life events. On any given weekend, we are hiking in the redwoods, or gathering for potlucks.

Shariq and I share 300+ post-grad friends in common, and I've known him for five years. We've since had many discussions about what we care about, and his focus has always been to protect the world from the implications of a future in which we achieve artificial general intelligence (AGI) – the most noble of intentions! He has also stayed at my place in Williamsburg, Brooklyn and it filled me with joy to see him, and discuss books we're reading. The best thing about Shariq: he is always in a good mood, and that is contagious.

Shariq knows that he made an honestly irresponsible mistake. I implore you to impose the lowest sentence permitted under the law for Shariq. I know firsthand how tough emotionally this process has been for him, and how deeply he wants to make amends. He has given us reason to have faith in his ability to **rebuild trust by remaining a key part of our community**.

Warmly,

Robin Mehta

Robin Mehta



Dec. 16, 2019

**Honorable William H. Alsup**
**United States District Court**
**For the Northern District of California**

**RE: United States v. Shariq Hashme**
CR 19-552-WHA

**Dear Judge Alsup:**

I am writing to you in regards to the case of Shariq Hashme, a dear friend of mine and a fellow graduate of Manarat Al-Riyadh International Schools. Shariq is one of the very few exceptional students who was remembered in our school long after he graduated. He had a major impact on the school while he was there, especially in his senior year when he was president of the Student Council, and left behind many projects that were carried on by others after he had left. Some of these projects are still ongoing.

Shariq was a year senior to me. I was the general secretary of the Student Council the year he was president. I worked with him on many projects and learned a lot from him, primarily how important it is to be open to feedback to implement projects that would be successful. . He was also instrumental in the re-launch of our debating society and very supportive to me personally in my management of the school newsletter.

During the exams season, I was really struggling with balancing my studies and extra-curricular responsibilities. Shariq somehow found out and out of the blue called me and offered to take some of my responsibilities so that my exam results wouldn't suffer. I was reluctant to accept his offer as I knew he himself had a very heavy course-load, including SAT Advanced Placement subjects, but he insisted. I really don't know how he did it because we were all struggling to strike the balance and he was in his senior year with exams and college applications to worry about.

Shariq had tremendous enthusiasm and was involved with bringing to fruition new ideas and projects from scratch. He set up the first coding society in our school, where he targeted younger students and created various coding activities and exercises for them to learn how to code at a young age. I vividly remember the passion with which he talked about what this would mean for the younger students, as he hoped this would open the door to them learning a lot more about computer sciences and robotics, and provide a platform for them to apply to top universities globally and launch them into successful careers.

Shariq was also elected the first head of our school's Toastmasters program. In the final competition we were both among the finalists. Our mothers came to support us and met and became friends. I think that was when both of them started to work together in supporting the Student Council's volunteer program for community service.

I followed Shariq the next year as Student Council President and despite the fact that he had already graduated and had various university commitments, he still made himself available for help and advice. Moreover, whenever he returned to Riyadh to visit his family he would find time to come to the school to give talks to the students and offer guidance and support for their university applications.

In light of the above, and everything else that perhaps you have heard about Shariq's character, past contributions and potential for the future, I implore you to give him a chance to make up for his

mistake in any way other than imprisonment. If not, then I urge you to give him the most lenient sentence that the law allows as I think he has already learnt his lesson by the impact of this tribulation not only on himself but also on his friends, his family, and in particular his father and mother.

**Yours Sincerely,**

**Saqib Moosa**
**Lead Engineer**
**Jaguar Land Rover**
**United Kingdom**

Honorable William H. Alsup
United States District Court
for the Northern District of California

**United States v Shariq Hashme**
**CR 19-552-WH**

December 22, 2019

Your Honor,

I will start with the obvious: when I learned about Shariq's behavior, I was incredibly disappointed. Shariq committed a federal crime, and he was wrong to do so.

But the thing I hope that you come to see — in your interactions with Shariq personally, as well as through these letters — is that this behavior is in no way representative of the person Shariq is. The consequences that Shariq has already and will permanently endure strike me as severe punishment in themselves. Shariq loves this country, loves his work, loves his community — and he will lose it all due to his incredibly poor judgment.

I have known Shariq since 2016, and was introduced to him through a technology fellowship I founded and still manage. Though I am flabbergasted and frustrated with him, my opinion of Shariq has not been altered by learning about this behavior. Shariq was and remains one of the few truly "good" people I know. In the years we've interacted in San Francisco, Shariq has repeatedly and unselfconsciously demonstrated his character: I humbly vouch that this young man is hard-working, helpful, encouraging, genuine, hopeful, and kind. There is no maliciousness, selfishness, manipulation, or mal-intent motivating him; he is well loved, highly esteemed, and fully aligned around living his life doing good in the world. I would bet my life that he will accomplish this goal, and though I understand the necessity of the consequences, I am deeply grieved that he cannot do it in our country.

I wish he had internalized these truths about himself before committing this crime, and had seen himself as other people see him. As it is, I cannot go backwards and make my esteem of him clearer; he has to move forward, and the environment in which he will reflect on and grow from this experience is in your hands.

I deeply admire and appreciate the work that you do, and defer to your authority in everything. Thank you for your conscientiousness with this young man, and consideration of my letter.

Always,

Maran Nelson

Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>United States v Shariq Hashme</u>
CR 19-552-WH

Dear Judge Alsup,

My name is Sakunthala Panditharatne. I am an entrepreneur operating a venture-backed company in the Bay Area called Asteroid. I have been part of the California tech world for some time now, though I am originally from London. I first met Shariq when we were both software engineering interns at Oculus VR in Irvine, CA in 2014, when I was 20 years old.

Shariq and I quickly became good friends as we worked together. I was impressed by his quickness of mind and playful approach to problem solving. When we worked together on internship projects, he always treated my contributions fairly and I knew I could rely on him to back me up to the rest of the team. I made sure to keep in touch with him in the years following the internship, because I saw him as a genuine friend, and always wanted to hear his highly original new ideas, related to computers, AI or whatever he was thinking about. I was able to confide in him about my family, philosophy, and my thoughts about the future.

My background is in software engineering, and I have a degree from Cambridge University, graduating in 2015, in Mathematics and Computer Science. I have worked as an intern in California previously for short periods since 2013, and have been operating a startup since 2018 headquartered in Redwood City. Shariq has been one of my favourite friends, and one of the original minds that makes the California tech community so intellectually vibrant. He has always struck me as someone motivated by a desire to build and create new things, rather than by money or external rewards.

I understand that Shariq has plead guilty to a serious federal crime. I know he is sincerely remorseful for exercising such poor judgement, and causing harm to his employer, his friends and the community. However, from what I know of him, I don't think he is a dishonest person. These last few months have been incredibly painful for those who know Shariq, I believe he has learned the importance of respecting the law and I highly doubt he will do anything like this again. In light of this, I humbly ask that you please impose the lowest sentence permitted under the law.

Respectfully yours,

Sakunthala Panditharatne



Honorable William H. Alsup
United States District Court
for the Northern District of California

December 19, 2019

Dear Judge Alsup,

### United States v. Shariq Hashme
### CR 19-522-WHA

My name is Ishaan Parikh, and I've known Shariq for a little over 4 years.

I met Shariq in fall 2015, the beginning of my first semester at the University of Maryland. As soon as I started school, I joined various computer science/technology student organizations. If you were part of these communities, you couldn't really avoid meeting Shariq. He was well-known for being one of the most creative, brilliant students who consistently created wild projects.

His reputation extended further than just our university's campus. I met people from all across the country who knew about Shariq because of the insane projects he worked on. I even knew high schoolers that chose to attend the University of Maryland because they wanted to be part of the environment and culture that Shariq helped create.

Soon after beginning school, I became interested in the university's tech communities and their growth, the very topics Shariq was passionate about. He saw I had this interest, and ended up spending countless 4 AM nights mentoring me. He helped me understand how fundraising works as a student group. He taught me how to approach learning how to code.

Shariq consistently went out of his way to make sure I felt comfortable in my new home. He introduced me to dozens of people he thought I would get along with - many of them are still my friends today. He'd always try to boost my self-confidence in my abilities and inspire me to keep working on interesting projects. Below is a message Shariq posted when I became the new president for a tech community on campus:

Ishaan doesn't like to boast, and I really want to embarrass him, so I'm going to boast for him, since he's really great. He was a semifinalist in the Intel Science Talent Search in high school with a project which could lead to curing certain kinds of skin cancer. He lead the MUN club at his high school and got the school to win a bunch of championships. I saw him learn to program a Chrome extension in about a day, with no prior experience in Javascript. He's not satisfied with his side projects (who is?), so he's gonna be going to hackathons almost every weekend next semester.

I think the most important metric to optimize for as a hacker is the caliber of the projects you've built, and going to a bunch of hackathons is probably the easiest way to improve that. Everything's taken care of! So if you became an engineering/CS major to learn to make interesting things, maybe go to hackathons more often. Build interesting projects before you're "qualified" to. Let's win first place in the MLH season again this Spring!

Shariq cares about making others feel empowered and capable - that's something I truly appreciate about him.

I know Shariq has pled guilty to a federal crime. I believe, just as he does, that what he did was wrong. However, as evidenced by my experience with him, I am saying that it is inconsistent with his character.

Shariq means a lot to me, and I truly hope you can show him mercy in this situation. I know for a fact he regrets his actions and would take it back if he could. Shariq is a caring, brilliant, and generous individual who many people, including myself, would move mountains for. He just made a mistake.

Sincerely,
/s/ Ishaan Parikh

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

<u>United States v Shariq Hashme</u>
**CR 19-552-WH**

December 22, 2019

Dear Your Honor,

My name is Parul Patel. After immigrating to this country with my family when I was seven years old, I just last year celebrated my 50th anniversary of being in the United States. My undergraduate focus at the University of Florida was in biological science, and master's degree from the University of Maryland, College Park, is in Public Administration. After honorably serving 34 years in Federal public service as an agriculturist with the United States Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS), I retired in 2018.

I have known Shariq Hashme since 2016, when my husband and I visited our daughter, Mackenzie Burnett, in San Francisco. Our daughter always spoke highly of Shariq, and we immediately felt his warmth and graciousness on that first meeting in the apartment he and Mackenzie shared as roommates in south San Francisco. We enjoyed many long and engaging conversations with Shariq during shared meals at their apartment. Because Shariq's parents are not living in the United States, and he is my daughter's age, I looked at him with the same warmth a mother would give her own children.

Shariq and I have many things in common, from being immigrants and learning Mandarin Chinese to valuing different cultures. When I was still with USDA APHIS working on various overseas capacity development initiatives, I asked Shariq for help learning basic salutations for greeting Muslim colleagues. Shariq graciously helped me master my "As-salāmu ʿalaykum" greeting in Arabic, which means "Peace be upon you." I used this respectful salutation when greeting Muslim colleagues during many subsequent official overseas initiatives. Not only did using this culturally significant greeting help me with local communications during those work travels, but Shariq also taught me the typical response to the greeting: "wa ʿalaykumu s-salām", which means "And peace be upon you, too".

Since meeting him in San Francisco, we were happy to see Shariq again, this time closer to home at a University of Maryland computer science competition, an ever-growing event initially started by a team of highly motivated young visionaries which included both Shariq and Mackenzie when they were students in college.

While I recognize Shariq has pleaded guilty to a serious charge, I know he deeply regrets his unfortunate and poor judgement. I also believe Shariq possesses a genuinely good moral character, and has only had a positive and productive influence on those in contact with him, including our daughter. It is this type of aspirational, positive, and productive character that

Shariq possesses, one that contributes to and reflects the fabric of what makes this country the land of opportunity and hope and forgiveness.

Yours respectfully,

Parul Patel

Honorable William H. Alsup
United States District Court
for the Northern District of California
United States v. Shariq Hashme CR 19-552-WHA

Dear Judge Alsup,

I hope this letter finds you well. My name is Kanjun Qiu, and I'm CEO of a company in San
Francisco. I write this letter on behalf of my brilliant and kind friend Shariq Hashme, whom I've
been lucky enough to get to know over the past few years.

Every interaction I've had with Shariq, he always starts out by asking about how I'm doing. He is
so humble and caring, always focusing on how the people around him are doing - not himself.
Our conversations have helped me learn a tremendous amount about myself over the years - in
conversation, Shariq listens patiently and asks thoughtful questions that prompt me to reflect on
my decisions.

I remember a time in particular when I had been feeling overwhelmed by anxiety and worry for
weeks about a situation that was happening at work. As usual, Shariq noticed something was
wrong, and asked me what was going on. As I was sharing, Shariq listened actively, asked
questions to clarify my thoughts and feelings, and finally prompted: "Imagine that everything bad
that you're imagining comes to pass. What will things be like then? Can you walk me through
that worst case scenario?" And as I shared the dreaded worst case scenario in my head, he
helped me see how I could deal with it, bounce back, and recover. By the end of our
conversation, my anxiety had lifted - for the first time in weeks, I felt a sense of calm and clarity.

Aside from his gentle, kind personality, Shariq also empowers the people around him by
generously sharing his knowledge, skills, and time. I remeber hosting a community event at
which Shariq gave a fascinating presentation about a very technical topic. Rather than showing
off by using fancy lingo as many technical presenters do, I could see Shariq working hard to
explain every concept in layman's terms, so that everyone in the audience could understand,
regardless of their technical ability. Afterwards, he was swamped by the audience, some of
whom asked him for help on their projects. He listened with curiosity, explained solutions
patiently, and even spent time brainstorming new ideas with some folks. His brilliance and
kindness truly enriched the community.

I understand that Shariq has made a grave error in judgment, and that there is no excuse for his
behavior. That being said, I hope that you will consider that he is still quite young, and in the
time I've known him, I've seen him grow immensely. He's gone from being a mischievous lone
boy trying to make his way in a new country, to a mature, reliable young man with dear friends
and a close-knit community. I see the pain and regret that he feels from the actions of that

mischievous boy before he had grown up and known better. I truly believe that he has learned from his actions and is a changed person. I cannot see him ever doing such a thing again.

If Shariq is asked to leave our country, it will be a tremendous loss. Shariq is one of the rare geniuses of our time. Given the chance, he will be an Alan Turing, a Bill Gates. I implore that you give him a chance to prove himself in our country. I strongly believe that he will not disappoint you.

Thank you for your time, mercy, and consideration.

Sincerely,

Kanjun Qiu



December 20, 2019

Honorable William H. Alsup                               United States v. Shariq Hashme
United States District Court                                          CR 19-552-WHA
for the Northern District of California

Dear Judge Alsup,

My name is Labib Rahman. I write asking for lenience in the case of one of my oldest friends,
Shariq Hashme. I would like to tell you about the first time and the last time I saw Shariq.

I first met Shariq four years ago, when he squeezed in next to me onto the backseat of our car
while he apologized profusely for being five minutes late. Those of us waiting were old friends
and hadn't even noticed his delay while we were busy catching up. We insisted that it didn't
matter, that some of us had been late ourselves and that his lateness was completely
understandable given BART's general unreliability. He responded by buying us all dinner.

The last time I spoke with Shariq, we met for lunch after I asked him last minute to talk about
something only he and I share — losing our parents not to illness or death but their inability to
accept our journey away from their faith and culture. Many of my friends have tried to support
me through this, but Shariq is the only person who really understands. We talked about what it
means to feel like orphans while our parents are still alive. I told him how much it hurt to keep
speaking with my parents and my decision to cut ties with them. He told me about choosing to
keep a relationship with his parents not because it hurt him any less but because talking with
him eased their pain.

Towards the end of our conversation, one in which he spent most of his time supporting me, I
asked Shariq what was happening in his life. He told me what he could share about this case,
the regret he felt for what he'd done, and the possibility that he might not only spend time in
prison but also lose the ability to live in the country he had made his home. Despite feeling a
dread over his future that I can only imagine, he hadn't brought it up until I asked.

This is who Shariq is. Faced with situations where most people falter, he chooses to give
himself instead. Whether it's running a few minutes late or making the time to meet a friend
last minute or having painful conversations with parents he'd be happier being away from, he
goes beyond what is expected or asked of him in service of others.

I understand that Shariq has committed a crime. I know that he has plead guilty for that crime.
As someone who has spent some time living in a country where the rule of law is considered a
joke at best, I have come to believe that the justice system of the United States with all its
flaws and strengths is one of the things that makes it great. I write to you today asking not for
your forgiveness but for mercy within the bounds of the law as you decide Shariq's sentence so
that he may continue supporting those of us fortunate to have him in our lives.

Respectfully yours,
Labib Rahman

Honorable William H. Alsup
United States District Court
for the Northern District of California

**United States v. Shariq Hashme**
CR 19-552-WHA

Dear Your Honor,

My name is Taylor Rogalski — I'm a designer, entrepreneur, and volunteer based in San Francisco. I'm writing to you today on behalf of my friend Shariq Hashme, in hopes that you'll impose on him the lowest possible sentence permitted under the law.

I'm sure you've received many letters about Shariq. They probably mention his kindness and compassion, and the martyr-like extent he gives his time to the people he cares about. I'm sure others have written at length about Shariq's intellect and curiosity, his talent as an engineer, and his passion for solving problems that impact the lives of others.

Indeed, Shariq is a remarkable person. In the short time I've known him, he's helped me achieve my goals and resolve issues in my personal life - without me even asking. It's as if he can't keep himself from helping others; it's just in his nature. He adds tremendous joy to my life and the lives of many people I love.

I've spent the majority of my career working in education. At Summit Public Schools, and later ClassDojo, we worked to equip students with the tools to create a meaningful and fulfilling life. Key among them is the belief that failure isn't a reflection on our fixed qualities; it's a necessary component of learning. Paired with productive reflection, failure can be the most powerful catalyst for personal change.

Shariq is mortified by his mistake. I'm truly impressed by the depth of his reflections on his choices and values. I have absolute certainty that Shariq will never make a mistake like this again, and if given the opportunity, will go on to change many people's lives for the better. He has already changed mine.

Best regards,

Taylor Rogalski

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

### United States v. Shariq Hashme
### CR 19-552-WH

December 1, 2019

Dear Judge Alsup,

My name is Alexandra (Ali) Rohde. I write today to implore you to impose the lowest sentence permitted under the law in your sentencing of my good friend Shariq.

I met Shariq for the first time on August 31, 2019, just weeks after his release from jail. He and one of his close friends Tina – who was one of my coworkers – were cooking dinner, and they invited me along.

At the time, I was grateful for the invitation. I had moved to San Francisco from Washington, D.C., just months before, transitioning from working in politics as the Communications Director for U.S. Congressman Josh Gottheimer's re-election campaign, to working in tech as the Chief of Staff at a 30-person startup called Sourceress. I was still getting my adjusting to my new city and still building a network of friends I could trust and lean on for support.

Yet, despite my gratitude for the invite, I was not planning on giving Shariq the benefit of the doubt. All the good things I had heard about him for months were overshadowed by the fact that he had just been accused of stealing thousands of dollars from the company he helped build. I also felt protective of Tina and my other friends whom I knew were paralyzed with worry over Shariq's fate.

However, within minutes of sitting down and talking to Shariq, my initial wariness of him had vanished.

Over the past few years, I've realized that being warm, thoughtful, and attentive to those around you – especially to someone you've just met – can be challenging, *even when everything is going well*. This is particularly true for people who are my and Shariq's age. We're all so obsessed with our jobs; our friends; our dating life; our futures. It can be hard for us to put aside our own concerns and put ourselves in someone else's shoes for a little while.

If this is hard to accomplish when everything is going well, then it is nearly impossible to do when things are going poorly. And, for the entirety of my relationship with Shariq, things have not been going well. In fact, they have been going terribly. Shariq loves this country, he loves Scale, he loves his friends, he loves his family, and he loves his ability to be in an environment in which he can translate his immense engineering talent to actually change things for the better. And every single one of those things has been under threat since the day I met him.

Yet, based on how he has treated me and everyone else around him, you would have no idea. Every time we speak, he asks how I'm doing. He asks me how I'm liking my job; whether there's anything new going in my romantic life; even how my Improv 101 graduation show went, and if there was any footage of the performance (I lied and said no). He asks if there is anything he can do to support me. He puts aside his immense stress and fear to show up at my and others' birthday parties and important events because he believes in being there for others.

Now it is our turn to show up for him.

Judge Alsup, unfortunately, I doubt you will have the time to actually get to know Shariq, and see all the warmth and goodness within him. But I beg you not to repeat my mistake and write him off, despite his extremely foolish mistake. If Shariq is imprisoned or forced to leave this country, it will truly be our country's loss, and I and so many others will be worse off. In fact, though I feel guilty even thinking it, the one silver lining to this whole mess is that I've gotten the chance to know Shariq better and spend more time with him.

Thank you so much for your consideration.

Sincerely,
Ali Rohde





Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

My name is Arram Sabeti. I'm a local startup investor, founder, and Chairman of a San Francisco company which employs over 250 people. I'm writing on behalf of my friend Shariq Hashme.

I met Shariq several years ago through a mutual friend and know him well. In all the time I've known him, Shariq has stood out as an exceptionally kind and clever person, and as one of the most talented software engineers I've ever met. He's the kind of person I would hire at my company in a heartbeat if I was ever lucky enough to have the opportunity - not only because of his incredible technical talent, but also because I have no doubt his coworkers would also enjoy working with him due to his thoughtfulness and good humor.

I know Shariq used poor judgement and is very sorry over the hardship and worry he's caused his former employer, as well as all his friends. I'm confident he's learned a painful lesson and will never do anything like this again. However, as an employer and startup investor who's worked at identifying talent over several years I can also confidently say that people like Shariq are incredibly rare and valuable. He's among the class of gifted people who create the technology and companies that move society as a whole forward. In light of this, I would ask and urge you to take a merciful stance in sentencing.

Respectfully,
Arram Sabeti



Honorable William H. Alsup
United States District Court
for the Northern District of California

<u>**United States v. Shariq Hashme**</u>
CR 19-552-WHA

Dear Judge Alsup,

My name is Zain Shah, and I am a longtime friend and collaborator of Shariq's. In my career I've founded a technology company worth millions of dollars, done fundamental research for robotics and artificial intelligence, and churned delicious ice cream. I am writing to you today to ask that you consider a lenient sentence for my friend despite his obvious wrongdoings, on the grounds that he has incredible character and his courage, companionship, generosity, and empathy have benefitted me like few others could. Through a more lenient sentence, I only wish that he can continue to positively contribute to the community he has become so crucial to here in San Francisco.

Shariq is a man with many facets, but in particular, his endless curiosity is a huge inspiration to those around him. My first impression of him was hearing about his wacky ideas at a programming competition I also participated in. He had just learned that there were experiments where people who had been blind their whole lives could be gifted the power of sight via electrodes implanted on their tongues. Of course, he had to try it on himself.

While most folks at the competition were busy building inconsequential mobile apps, Shariq was experimenting with the forefront of technology to see how it could fundamentally change people's lives. The spirit with which he attacked problems inspired me then to consider how I could look at problems differently, and led me to discover a creative, inventive side of myself I didn't yet know. In many ways, I owe most of my success in technology and development as a person to being inspired by the way Shariq looks at the world.

More directly, Shariq is a caring and empathetic soul. At one point in my career, years after we had met (though we had fallen out of touch a bit), I was particularly crestfallen at work, and my self-esteem was at a new low. I'd confided in him earlier that year that I wasn't sure I was cut out for the career I'd set out on - I didn't think I was good enough. As though he could read my mind, even after many months of not having spoken, Shariq felt compelled to reach out to encourage me - "… is the coolest company in the world and I hope you believe in yourself more now that you're interacting with those folks everyday and hopefully feel like having game changing ideas is within reach for you. Are you happy?".

His unsolicited message landed when it was needed most, and motivated me to leave a situation which made me unhappy to find a more supportive environment to grow. Since then, we have both offered each other advice and inspired one another to realize our dreams in so many ways. This is something I know Shariq does for so many others in his life and will continue to because it comes so naturally to him and he finds it so fulfilling.

Like I said earlier, Shariq knows he has committed a serious crime and feels terribly guilty for all affected. At the same time, I hope you can find it in you this charitable season to consider the great good he does and could continue to do for his community. To lose him would be a significant loss to us all.

Sincerely yours,

Zain Shah

United States v. Shariq Hashme
CR 19-552-WHA

Kunal Sharma



20 December 2019

Honorable William H. Alsup
United States District Court
for the District of Northern California

Dear Judge Alsup,

My name is Kunal Sharma. I'm currently a Software Engineer at Facebook, and have
been for the past three years. Before that, I was a student at University of Maryland. I'm
writing to you about a good friend of mine, Shariq Hashme, to request leniency in his
sentencing and hopefully provide a perspective that shows him as more than the sum of
his actions in committing this crime.

I have known Shariq for the past 7 years, since my second year in college. We met when
we were both students in Computer Science in Maryland. During this time, he has
consistently shown a commitment to community, friendships, and family. During our
university years and beyond, Shariq has been a pillar in the engineering/science
community. He's always been a model citizen, most interested in studies, building
interesting things for others to use, and communities.

In my second year of College, Shariq started the Terrapin Hackers community, of which
I was a founding member. Terrapin Hackers aimed to bring a passionate engineering and
builder culture to our school, inspired by the engineering culture at more prestigious
institutions like MIT. As the founder and president, Shariq prioritized this organization
above anything else, often working late into the night. He was always available to give
advice to anyone, chat through a project idea, or even teach basics to anyone unfamiliar.

Through his efforts, Shariq brought the organization into the mainstream in the eyes of
the school's administration, helped the group obtain funding from the school, and grew
membership to over a hundred. His people and community focused approach also
inspired countless people to pursue careers in engineering or computer software.

United States v. Shariq Hashme
CR 19-552-WHA

I recently caught up with a friend who is also currently at Facebook. Reminiscing, he noted that Shariq and the existence of the Terrapin Hackers community played an important, large influence early on in his career, and pushed him down his current path. Even into his working adult life, Shariq has continued to help others in this way.

With regards to the crime in question, I truly and sincerely believe this was an isolated incident, and an act of desperation committed while living thousands of miles away from all his friends and family. In all the years I've known Shariq, he's never been dishonest and done his best to do what's right. I have spoken with Shariq at length about his actions, and I truly believe he regrets his actions and is sincere in accepting responsibility for what he has done in his guilty plea. He understands the financial harm he has caused to his former employer.

As a non-citizen, Shariq also faces potential immigration consequences, which unfortunately could mean he will not have a chance to redeem himself in the eyes of his community. Additionally, with this action on his record, it's unlikely he can become a leader in most organizations or companies. I believe these are very grave and serious consequences, which Shariq must face due to his poor conduct.

My intention in this letter is not to downplay the seriousness of Shariq's action or make any excuses on his behalf. However, considering his otherwise clean record, contribution to community, and the the other consequences Shariq is held accountable to, I must strongly urge you to consider leniency in sentencing Shariq.

Thank you,

/s/ Kunal Sharma

United States v. Shariq Hashme
CR 19-552-WHA



A photo of me, early 2019



A picture of Shariq, advertising the Terrapin Hackers in 2013

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v Shariq Hashme<br>CR 19-552-WH

December 17, 2019

Dear Judge Alsup,

My name is Noor Siddiqui, and I am a startup entrepreneur, Stanford educated computer
scientist, and Thiel Fellow. I am writing this letter to ask you to impose the lowest possible
sentence permitted under the law in your sentencing of Shariq Hashme. Shariq is an unusually
talented individual, that I have observed acting with high integrity in the past.

**Evidence of rare talent: selection into Interact, the premiere community for technologists**
I met Shariq through Interact, a community of mission-driven technologists. Interact is a highly
competitive fellowship program that only accepts the top candidates from around the country
after an involved vetting process that includes an application and interview. I met Shariq at an
event Interact hosted at Clever's San Francisco headquarters, a software company building tools
for education.

**Evidence of rare talent: employment at the top companies in Silicon Valley**
At the time I first met him, Shariq was working at Gigster, a company founded by Roger Dickey,
an accomplished entrepreneur, investor, and software engineer. I have known Roger Dickey
through the Thiel Fellowship since 2012, and think very highly of his technical ability and
business acumen. For that reason, I knew that Roger only worked with the best engineers, and
Shariq must have been uniquely talented in order to secure a role at his company.

The next time I met Shariq was at an event held by Greg Brockman, one of the founders of
OpenAI. OpenAI is an AI research company, discovering and enacting the path to safe artificial
general intelligence, and has secured an endowment of over $1 billion dollars. Similar to Roger,
Greg has an impressive track record building companies and teams, and has an eye for top talent.
Greg hired Shariq to work at OpenAI, which is one of the most coveted and difficult to obtain
engineering positions in Silicon Valley.

**Evidence of integrity: reporting security vulnerabilities**

At an event at the Archive, a coliving community in the Mission district, guests were invited to present something they learned in a short presentation. Shariq presented on a subtle security vulnerability he discovered in a high impact website, that was only detectable through a detailed, thoughtful, and careful analysis. Shariq exercised high integrity in this case, by reporting the vulnerability to the developers of the website, in order to safeguard the sensitive information of the users of the service.

**Shariq deeply regrets his actions.**

I understand that Shariq has pleaded guilty to a serious federal crime. At the same time, I have observed that Shariq is deeply regretful and remorseful of his actions against his former employer. He knows that he made an egregious mistake and is ashamed of his poor judgement. Shariq is committed to acting with the highest integrity in the future, and has learned his lesson from this experience. I have observed that his former colleagues at Scale miss him considerably: both as a key contributor to the team as well as one of their loyal and reliable friends. I humbly ask that you impose the lowest sentence permitted by the law.


Thank you for your consideration.


Respectfully,


Noor Siddiqui

<u>**United States v. Shariq Hashme**</u>
**CR 19-552-WHA**

Addressed to:
**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

Dear Judge Alsup,

My name is Wajahat Siddiqui and I am a software consultant based in New York City. I have been a close friend of Shariq's since we first met through the Muslim Student Association at the University of Maryland, College Park in 2011. There have been several key people who have had a profoundly positive impact on the outcome of my life thus far, and I will explain why Shariq is one of them.

I was pursuing a degree in Criminal Justice at the University of Maryland with ambitions of becoming a law enforcement officer. Unfortunately, after a few knee injuries, this was no longer a career path for me. Around this time, I began exploring computer science. When Shariq discovered my interest, he urged me to visit neighboring University of Pennsylvania with him where they were hosting a programming competition. I was hesitant given my relative lack of skill, but, at Shariq's insistence, I went. My experience at that programming competition dramatically changed the course of my life. I learned so much and had an incredibly fun time as well. I was hooked.

Soon after, I decided these collegiate programming competitions were the most beneficial source of my learning. Shariq graciously allowed me to bunker up with him and his brother at their apartment near our university and nearly every other weekend, we were traveling to a different campus to partake in these various competitions.

At some point along the journey, Shariq invited me to visit the SXSW conference in Austin, TX with him. Yet again, I was insecure and hesitated. Also yet again, Shariq instilled confidence in me that I belonged. So off we went to SXSW. Upon arrival at the conference, Shariq introduced me to several of his other friends he had planned to meet there. One of those introductions connected me with a startup in San Francisco that I ended up joining, marking the start of my professional career in software development.

Shariq isn't a special person to me only for the impact he's had on my career but also for the impact he's had on my curiosity and confidence in life at large. He and I have gotten along well from the start but regardless, I'm impressed to see the extent he's improved his interactions with others over time. The rate at which he absorbs knowledge through all the books he reads has moved me to pick up a text or two and learn something. He exudes a

**United States v. Shariq Hashme**
**CR 19-552-WHA**

playful quirkiness in his mannerisms and can be goofy without embarrassment which inspires me to be less afraid. Even in times when he was hard on me, I recognize it was because he held me to a higher standard than I held myself to. I'm glad he pushed me to grow in that way.

I recently visited Shariq in San Francisco. He shared his situation with me and I could both see and hear the regret and remorse for the misconduct he pleaded guilty to. It was a foolish mistake and an unfortunate situation but I respect and trust him no less. Although he has no need to do so for me, I look forward to seeing how he will grow and rebuild his trust in anyone who doubts him because even in a hardship such as this I've come to expect his good qualities to shine and be an example for me to learn from.

Looking back, many of the moments I've shared with Shariq have been cinematic. Shariq has been one of the primary characters in the film of my life, shaping me into who I am today. I am lucky I have gotten to know him so closely and I am grateful for our friendship.

Judge Alsup, I am not attempting to minimize the seriousness of the crime Shariq has pleaded guilty to. However, in sharing my honest reflections and feelings about Shariq and his positive influence on my life and on others, the extent to which he's fostered an incredible community of technology tinkerers at our university and in our social circles, and considering the potential his ambition and execution has to mark him as one of the great technologists of our time in the United States of America, I plead that you consider the lowest and most lenient sentence the Court considers to be appropriate.

Thank you,
/s/ Wajahat Siddiqui



Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v Shariq Hashme
CR 19-552-WH

Dear Judge Alsup,

My name is Gurpreet Singh. I am a Software Engineer. I have known Shariq for the past 5 years.
In the time that I have known him, I believe Shariq's character is best exemplified by the first
instance that he and I met.

I first met Shariq in winter 2014 at a student run tech conference (hackathon) called Mhacks. I
was having difficulty in troubleshooting a coding error, so I went around to the organizers and
volunteers asking for help. They were all either too busy with other tasks, or not knowledgeable
in the subject matter to aid. However, a few people pointed me to some long haired fellow that
was apparently very knowledgeable in hardware. I eventually found someone with a VR headset
on his face that fit the description, and it was Shariq.

Although I was a complete stranger at the time, Shariq immediately stopped work on his project
to meet with me and discuss the problems I was having. He spent the next several hours teaching
me all he could about Arduinos, Raspberry Pis, and other microcontrollers. He never asked for
anything in return for his help, nor did he try to send me away, so that he could continue his own
work. Shariq stayed with me until we had a working solution to my project.

Shariq became so invested in helping me, that we completely skipped over getting to know each
other. It was not until the next day that we realized we were both pursuing the same major,
Electrical Engineering, from the University of Maryland (UMD). We spent the whole bus ride
home chatting about projects and ideas for future hackathons. That single instant of sincere
generosity to a complete stranger created a life long friendship between the two of us.

Shariq and I attended many other hackathons together throughout our time at UMD. Throughout
the years, I realized that my first experience with Shariq was not unique. Shariq was extremely
generous and altruistic to everyone that he met. He became a well known figure in the hackathon
community for not only creating amazing projects, but also for his passion for teaching and
sharing his knowledge with others.

Shariq is an exceptionally kind and gentle soul. I know that Shariq is regretful of his choices and actions. I sincerely believe that this event is an outlier to Shariq's deep history of charitable and altruistic behaviour. I humbly implore you to please impose the lowest possible sentence permitted under the law.

Thank you for your consideration.

Respectfully,
/s/ Gurpreet Singh

Honorable William H. Alsup                                    Date: Dec 19th, 2019
United States District Court
for the Northern District of California


Re: United States v. Shariq Hashme (CR 19-552-WHA)


Dear Judge Alsup,

My name is Kartik, I am a friend of Shariq and have gotten to know him well over the past five years. Shariq and I originally met in early 2014 when we were participating in a collegiate programming competition. I still remember being mesmerized by the technical ingenuity of the project he worked on during the event - how he managed to solve incredible sets of problems on his own in only a couple of days, while teams of 4 students struggled to get much simpler things working. Being a student in Canada, we'd see each other in person a few times every year where we would use those moments as an opportunity to talk about interesting and hard computer science problems to work on, and discuss the side projects we were both working on.

I graduated with my degree in astrophysics and mathematics in 2016 and decided to start my career in San Francisco as an engineer. Moving to the city from Toronto in a hurry, I struggled to find housing. To my surprise, Shariq not only offered to help me search for a place but offered me his apartment to stay in during the course of my search. Even upon my heavy insistence, he refused and to this day refuses to accept anything in return. His kindness, in allowing me to stay with him for nearly 3 weeks as I managed to adjust to a new city and a new country is something, I'm extremely grateful for and to me shows his compassion and respect for friendship. Over the past few years, we continued our conversations around hard mathematical problems that we should be applying in real life and how we should be thinking about our careers. I've always appreciated Shariq's perspective in these matters and the clarity of thought he brings.

I've had the opportunity to talk to Shariq about his actions on two occasions and both times, he showed genuine regret for his wrongdoing. He did not try to defend or sway away from discussing what he did, nor justify the moral blame. I do believe that his behavior was out of character for the Shariq I know as a person, and I do know that he deeply remains ashamed of his actions and letting his loved ones down. Shariq is a good person who is capable of being better and I would urge you to sentence his misconduct with the most lenient sentence the Court considers to be appropriate.

Respectfully,

Kartik Talwar

Jie Tang

San Francisco, CA

December 19, 2019

**United States v. Shariq Hashme**
CR 19-552-WHA

Dear Judge Alsup,

My name is Jie Tang. I'm a researcher at an artificial intelligence lab based in San Francisco. I did my undergraduate degree at Harvard, followed by a masters at Berkeley. For the past eight years, I've worked in the tech field in the Bay Area.

I'm writing to you on behalf of Shariq Hashme - the views expressed in this letter are my own, and do not reflect those of my employer. I've known Shariq for three years in a professional and personal capacity. We met at the beginning of 2017 while working together at a nonprofit research lab whose mission is to ensure that AI benefits humanity. This nonprofit attracted people aligned with its mission and excited about AI's potential for improving the world.

Shariq and I worked on a project together early on in its lifetime. He worked on the integration that allowed the AI system to interact with existing third party code and API. One underlying challenge in this type of work was that a large part of the system involved code that was not available to us for inspection or modification, which made fixing issues difficult. There are few shortcuts; it required many thankless hours stepping through code. Shariq worked hard and put in long hours to make this successful - for example, one morning I arrived at the office to find that he had stayed up all night working towards a critical deadline. Personally, he spent hours helping me get set up and onboarded when I first started working on the project, and was consistently available when I needed assistance.

Shariq was an empathetic and thoughtful member of the team. He was always ready with a cheerful smile on his face, and helped organize bonding activities which helped bring the team together. I remember him leading the charge on recurring pushup contests for coffee and bragging rights; a team building tournament; and many late night ping pong matches. He made valuable contributions - both technical and interpersonal - to the team at a critical time, and it is hard to say how the project would have gone without his efforts.

I'm aware that Shariq has pleaded guilty to a serious crime. After speaking with him after his plea, I believe he is remorseful for his actions. He seems deeply concerned with rebuilding integrity, and reflecting on lessons learned from his experience. We talked briefly about his future plans to write and work on a project involving robotics. Overall I believe he would make a positive impact on society after this case is resolved.

I respectfully ask that you consider the lowest appropriate sentence for Shariq. I believe he will come out of this experience a better person who has learned from his mistakes.

Please feel free to contact me if I can be of further assistance in this matter.


Sincerely,

Jie Tang

Honorable William H. Alsup
United States District Court
for the Northern District of California

### United States v. Shariq Hashme
### CR 19-552-WHA

Dear Judge Alsup,

My name is Sashank Thupukari, and I am writing to you regarding Shariq Hashme. I currently work in the Bay Area and have recently graduated from University with a degree in computer science. I hope to provide some background about my relationship with Shariq and illustrate the values he holds and the impact he's had.

I've known Shariq for over five years, and consider him a close friend and mentor. I first met him during my junior year of high school – Shariq was then a junior at the University of Maryland. He had organized a large bus from his university to a programming competition several states away. He let several high schoolers, including me, come along for the trip. My friends and I sat next to him during the bus ride – a chance encounter which heavily affected my path in life.

During the trip, Shariq inspired us. He told us about the value of being able to program and build our ideas and encouraged us to learn how to code. He told us about the hundreds of projects he had built and the technologies he was working with. He was then interning at a virtual reality company and let us try on the headset he had. He helped us brainstorm ideas during the competition and navigate several issues we were having. In the end, we walked away hooked on programming.

Luckily, I kept in touch with Shariq well after that weekend. He let my friends and I come along for several more competitions, and his drive was a consistent source of inspiration. When it came time to decide where to go to university, I applied to University of Maryland to become a part of the community Shariq had built there from scratch.

Shariq is truly a unique and special person. You can usually say this about almost anyone, but Shariq is exceptional. I respect him for the way he carries himself and makes decisions. He has a set of core values and goals he strongly believes in and his actions have always reflected these central beliefs.

His sole purpose throughout college was to inspire and teach as many students as possible. He believed that students had the potential to have a bigger impact and be able to teach themselves to build things from just ideas. This was a new concept at our university – we didn't have a history of CEOs and accomplished programmers from our school, so it was hard to be inspired to do more. Shariq took it into his own hands to change this – he spent year after year going student to student and convincing them to try building things. He taught free classes in the evenings and set up an organization, which became the biggest on campus, dedicated to coding and teaching students practical programming skills.

When I came to the University of Maryland, I followed in his footsteps and led the organization he had started several years prior. His goal of teaching and inspiring students became mine, and I continued the work to set up organizations and programs that helped students attend programming competitions and learn valuable skills they needed to succeed.

On a more personal level, Shariq was an impactful mentor and then a close friend. I valued his advice due to his strong principles and direct and honest feedback. He's helped me through several career decisions and obstacles, spending hours helping me decide where to apply and how to determine my interests and goals. After I graduated, he connected me to several high growth companies and helped me land full-time software engineering jobs. He was personally invested in my success and wanted me to learn and grow as quickly as possible. He helped me dismiss any artificial limits I imposed on myself and helped me push my potential.

After knowing Shariq for so long and seeing him help hundreds of people, I was shocked to hear about his case. I was in a state of disbelief – it didn't make sense why he would do what he did. It was extremely out of character. Shariq has a history of selflessly giving. He gave his all to his peers in University and gave his all again at all the companies he worked at and the communities he's been a part of since, always focused on helping people reach their potentials. When I worked with Shariq professionally, all of his co-workers respected his work ethic and the way he supported everyone around him.

After meeting with Shariq and discussing his actions, it was clear that it was an unforgivable but extremely uncharacteristic mistake. He expressed strong regret and was unable to rationalize his actions. I wish he had reached out to his large community of close friends when he was going through tough times, and not turned to do something he wouldn't agree to in a fully rational state of mind.

Out of all the people I met in life, I had the strongest hopes for Shariq. I've never seen someone work so tirelessly and have bigger goals and ambitions and also be so sharp and intelligent. He doesn't think in short time scales or in incremental steps. Shariq dreams big and isn't scared of setting hard goals and executing against them. He would talk about prolonging life spans, building household robots, and starting an artificial intelligence research institute. While many can spit out grand ideas, his friends would always have confidence that Shariq would actually be able to make it happen. This ambition spread to everyone around him, and he helped his friends think about life in a profoundly different way.

It pains me to hear that Shariq won't be able to achieve these goals in life anymore due to his serious mistake. His credibility is permanently damaged and he won't have the same ability to gather groups of people and help them dream big as he used to. I was waiting for his next idea so I could join him in building his next company, but it's depressing to realize this company can't exist.

I struggle to describe the impact Shariq has had on my life and so many of my friends. I wish I could more clearly show how much he cares for others and how much ambition he had. Even after knowing what his future holds for him after this case, Shariq was still working tirelessly to help others. We went to yet another local programming competition together and spent 48 hours without sleeping helping students

build their projects. He's still spending his days learning about robotics and hopes he can still help people with technology, even though he'll have many more obstacles with his mistake.

Shariq is special to me and so many others, and I hope you can grant him mercy and leniency. I plead you to impose the lowest sentence permitted under the law. He is an exceptional individual that has already had an outsized impact, and I know he'll keep on doing good for the world.

Sincerely,
/s/ Sashank Thupukari

**Honorable William H. Alsup**
**United States District Court**
**for the Northern District of California**

**United States v Shariq Hashme**
**CR 19-552-WH**

December 18, 2019

Dear Judge Alsup,

My name is Nga Suet Wan, and I am a Data Scientist at a venture-backed technology startup of 30 employees in San Francisco. I'm writing on behalf of my friend, Shariq Hashme.

I recently moved to San Francisco earlier this year from Calgary, Canada. I moved after graduating from the University of Calgary with a bachelor of science degree in mathematics, and a minor in data science. As a newcomer to this city, I met Shariq at a birthday party that my coworker invited me to. Some of the difficulties of uprooting your life and moving to a new city are building new friendships and joining communities to feel at home with. With Shariq, I felt instantly accepted. He spoke to me with such kindness and compassion at the party and I felt as if we have been close friends for a long time. He understood my feelings of being alone in a new city and extended the hand of friendship to me. I had just separated from a long time partner at the time and was going through a difficult time coping with the breakup. Shariq offered his support and listened to me intently.

I was impressed that Shariq was straightforward and honest with me, as we had just met, about his misconduct. I felt that he expressed remorse and accepted responsibility for his actions. At that time, he was concerned about not being able to talk to his previous co-workers in order to apologize to them and to begin repairing trust. It was apparent to me in that first encounter that Shariq proactively cared about repairing the damage he caused for his company, co-workers, friends, and family.

I believe Shariq has the rarest combination of qualities of being genuine, compassionate, and extremely intelligent. He has made my adjusting to a new city much easier by inviting me to group social events, introducing me to new friends, and most importantly, always listening to me.

I know that he has exercised poor judgement with his previous company and has pleaded guilty to a serious crime. I believe he is truly regretful of the loss he has caused the company, as well as the damages to his relationships. He has talked openly about this and it is clear to me that he wishes to make amends for his misconduct. It is clear to me that he is working towards pursuing a life of integrity, and contributing positively to his communities once again. As Shariq's friend, I would like to ask you to impose the lowest sentence permitted by the law.

Thank you so much for your consideration.

Sincerely,
Nga Suet Wan

*Nga Suet Wan*



**Honorable William H. Alsup**

**United States District Court**

**for the Northern District of California**

**United States v. Shariq Hashme**

**CR 19-552-WHA**

December 20, 2019

Dear Judge Alsup,

My name is John Welsh and I am a 28 year old Electrical Engineer currently working and living in the San Francisco Bay Area.

I came to know Shariq a few years ago while pursuing my Master's degree at the University of Maryland. From the first conversation I had with Shariq, I felt that he was incredibly creative, positive, and motivated. It was incredibly fun to talk to Shariq because whatever idea you had, you felt he fully listened, and would challenge you to take it further. With Shariq, I didn't feel 'shut down', but inspired.

In addition to my personal interactions, Shariq has also positively impacted my life indirectly, through his role in facilitating a makerspace named 'Collider' at the University of Maryland. Collider was a place for students to come together, share ideas, and work on creative projects. I discovered Collider during a transient phase in my life where I had just finished my undergraduate degree, and was beginning graduate school. Many of my friends had left the university to begin their careers, and I was looking for new ways to get involved and meet friends. I heard about the makerspace, but was originally reluctant to attend because I had tried other clubs at the University, but felt often that I had to work hard to fit in. At Collider, I felt immediately welcomed by Shariq and those around him into an environment of collaboration, creativity, and fun. I met some of my best friends there, and I believe fully that Shariq was an essential part of driving this culture, as it is reflective of his own personality.

One particularly fond memory I have with Shariq is one night in Collider we found a pair of plastic painter's pallets. Neither Shariq nor I were painters, but inspired by the pallets and surrounding circuit components, we began pretending to be "circuit painters". In an artistic fashion, and we placed components one by one, creating our "painting". Though the final result wasn't at all functional, we had incredible fun performing the imaginative act, holding back laughter the entire time.

Shariq brings out the imagination in those around him, and challenges others to think outside of the box. While I have not been in close contact with Shariq recently, I fully believe he will continue to inspire others whenever given the chance. In light my personal experience, I humbly implore that you impose the lowest appropriate sentence.

Thank you for your consideration.

Sincerely,

John Welsh

/S/ John Welsh

Honorable William H. Alsup
United States District Court
for the Northern District of California

United States v Shariq Hashme
CR 19-552-WH

Dear Judge Alsup,

I am Rebecca Yip, a startup entrepreneur based in Hong Kong. I am writing on behalf of my
friend Shariq to speak to his character.

I met Shariq a few years ago through a mutual friend when I lived in San Francisco and have
since gotten to know him well through various friend gatherings. I was quite shocked when I
heard about his offense. For the whole time I have known Shariq, I have always known him as an
outstandingly brilliant character who is happy, fun, and most importantly, kind. We shared a love
for building things, and in all the instances where I have seen him develop and use technology, it
has always been to solve problems and do good.

I have always really admired Shariq for his grit, strength, and resilience. Having moved to the
US for college, he embodies all that America promises – work hard, and you will be rewarded
accordingly. Shariq is a remarkably hardworking individual and devoted all his time to working
hard and building Scale, the company that his friends started, and he joined early on. Scale was
his life, and I have often seen him work into the wee hours of the night building and improving
the technology and operations for Scale. He was even the first person from the company to visit
their contractors and operations in the Philippines, which at the time was a foundational
operational piece of Scale. He genuinely cared deeply for the company and his friends there and
poured his heart and soul into the company. Although we cannot deny that he defrauded the
company and committed a serious crime, I am confident that he did not mean to harm anyone,
and especially not his friends and the company. It was a foolish mistake and one that he feels
deep remorse for his misconduct.

I understand that Shariq has committed a serious federal crime that he undoubtedly should be
penalized accordingly. However, I hope that you can see that this behavior is out of line with
Shariq's usual self and is a rare lapse of judgment for him. Shariq is an intelligent, hardworking,
and gifted individual. It would be regrettable to see his talent go to waste and to lose such a good
friend in our community. In light of this, I implore you to please give him the most lenient
sentence possible.

Sincerely,
Rebecca Yip

*Rebecca Yip*

Rebecca Yip



Teymur Zulf

Bethesda, MD

December 20, 2019

To Honorable William H. Alsup
United States District Court
for the Northern District of California

Re: United States v. Shariq Hashme
CR 19-552-WHA

Dear Judge Alsup,

I am writing to you to ask for leniency in your judgement of my friend Shariq Hashme. I understand the serious nature of the charges against him but I know he regrets his poor decision as the goodness of his character has consistently shown through in the time that I've come to know him.

I previously attended the University of Maryland where I earned a Bachelors in Economics, and am currently finishing my studies in computer science and will soon start working as a software developer. I owe this career pursuit largely to the lasting and positive impact that my friendship with Shariq has had on my life.

I met Shariq during a bus ride to a coding competition held at Yale University where he and I stayed up through an entire weekend to build a collaborative coding tool. It was my first exposure to such a project, and though I was definitely in over my head, Shariq's tenacity encouraged me to push past the sleepless fatigue and his skills and talent filled the gaps of my inexperience. His wizard-like abilities to accomplish so much in a short amount of time provided for me a clear example of how a single individual can make a large impact, one that I cherish to this day.

When we returned, Shariq encouraged me to get more involved in our student run coding community, and helped me to start my own organization which introduced students to data science. What impressed me the most during our time together was how his infectious passion for technology was equalled by his love of teaching.

I was particularly impressed to see Shariq remain as the sole volunteer in the early hours of Sunday morning at Technica, a coding competition held to encourage women to learn how to code and show off their skills, helping participants finish their projects long after his shift was scheduled to end. He flew across the country on his own dime a semester after graduating just to help with the event.

Perhaps more impressively, rather than squander his life on many transient pursuits so captivating to those freshly granted the freedoms of adulthood, Shariq maintained a humble life of habit and joy. He ate a simple diet, outside of events that required it always made sure to get enough sleep, and did not waste his money frivolously. Watching him collaborate and help others helped reaffirm my values at a time when I was vulnerable and unsure of myself or my future.

I only pray you can see the goodness of his character and grant him the opportunity to accordingly channel his wonderful talent. I have the utmost respect for the rule of law and will not try to diminish the severity of his actions, but Shariq has a history of integrity and good acts. Because of this, I think Shariq deserves the lowest sentence permitted by the law. I hope you will agree and see it within you to give him the second chance he gave me when he encouraged me to seek my ambition and believe in myself.

Respectfully,