UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 18, 2020    **Time in Court:** 37 minutes    **Judge:** WILLIAM ALSUP

**Case No.:** 19-cr-00552-WHA    **Case Name:** USA v. Shariq Shahab Hashme

**Attorney for United States of America:** Eric Cheng
**Attorney for Defendant:** Brian Klein, Ashley Martabano

**Defendant:** [x] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [ ] In Custody   [x] Not In Custody

**Deputy Clerk:** Theresa Hoang          **Court Reporter:** Belle Ball
**Interpreter:** n/a                     **Probation Officer:** Jill Spitalieri

### PROCEEDINGS

Sentencing – HELD

### RESULT OF HEARING

Defendant is committed to the custody of Bureau of Prisons for a term of 3 months, followed by 3 years of supervised release. A special assessment fee of $100 is imposed. Fine waived. Restitution ordered in the amount of $56,111.03. Amount has been paid in full; no further payments are necessary. See Judgment for special conditions. Defendant's oral motion to allow defendant to visit his grandparents for period of one week – GRANTED, subject to restrictions set forth by Pretrial. Self-surrender date to USMS or designated facility by 4/20/2020. Defendant remanded to custody