Brian E. Klein (Bar No. 258486)
  bklein@bakermarquart.com
Ashley E. Martabano (Bar No. 236357)
  amartabano@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Shariq Shahab Hashme*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>SHARIQ SHAHAB HASHME,<br>          Defendant. | Case No. 19-CR-552-WHA<br><br>[~~PROPOSED~~] ORDER MODIFYING BOND CONDITIONS FOR MONITORING, TRAVEL, AND SELF-SURRENDER |

The parties have submitted a stipulation relating to defendant Shariq Hashme's bond conditions for location monitoring and travel before his self-surrender date on May 4, at which time he is to begin serving a three-month term of imprisonment.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

That Mr. Hashme shall be subject to location monitoring by SmartLINK instead of RF. Upon Mr. Hashme's successful enrollment in SmartLINK location monitoring, Mr. Hashme may be removed from RF location monitoring.

That Mr. Hashme may travel from San Francisco to Washington Dulles Airport on April 26, 2020. Because Customs and Border Protection maintains possession of Mr. Hashme's passport, its representative will meet Mr. Hashme at San Francisco International Airport to ensure he is able to board his flight to Washington Dulles Airport.

That Mr. Hashme is allowed on April 26 to travel from Washington's Dulles Airport to lodging located at 1033 Margate Court, Sterling, Virginia. This lodging is within five miles, but separate from, the family home where his elderly grandparents live to prevent unnecessary contamination of the homes due to COVID-19.

That between April 26 and May 3, Mr. Hashme is also allowed to travel between the aforementioned lodging and his family located on the 1100 block of Landerset Dr., Herndon, VA and the 11900 block of Safa Ct., Herndon, VA to visit his family, subject to curfew or other restrictions set by Pretrial Services. The specific house and unit numbers were provided to Pretrial Services and the United States.

That on May 4, Mr. Hashme shall travel from Virginia to surrender at Rivers Correctional Institution located at 145 Parker's Fishery Rd., Winton, NC 27986.

DATED: April 22, 2020

Honorable Thomas S. Hixson
United States Magistrate Judge

1
[PROPOSED] ORDER RE: BOND CONDITIONS FOR MONITORING, TRAVEL, AND SELF-SURRENDER

Presented by:

/s/ Brian E. Klein            .
Brian E. Klein
Baker Marquart LLP